AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| JULIUS JOHNSON, an individual, <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation;  (See Attachment) <br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:23-cv-05061 PA (AFMx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ONIKA TANYA MARAJ P/K/A NICKI MINAJ
5510 Jed Smith Rd.
Hidden Hills, CA 91302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dayna C. Cooper,  COOPER LEGAL, LLC,
  1 Olympic Pl, Suite 900 , Towson, MD 21204
Laurence M. Sandell (SBN 262186), MEI & MARK LLP
  P.O. Box 65981, Washington, DC 20035-5981
Manni Li (SBN 273984), Mei & Mark LLP
  9465 Wilshire Blvd., Suite 300, Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  6/28/2023                        _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

Dayna C. Cooper (*pro hac vice pending*)
Dayna@CooperLegalSolutions.com
COOPER LEGAL, LLC
1 Olympic Pl, Suite 900
Towson, MD 21204
Telephone: (202) 642 5470
Facsimile: (757) 257 9878

*Attorneys for Plaintiff Julius Johnson*
(Additional attorneys listed on signature page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIUS JOHNSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation; MICHAEL LEN WILLIAMS II P/K/A MIKE WILL MADE IT, an individual; KAZARION FOWLER P/K/A SKOOLY, an individual; MONEY MACK MUSIC INC., a Louisiana corporation; HARAJUKU BARBIE MUSIC, LLC, a Delaware limited liability company; ESTHER RENAY DEAN P/K/A ESTER DEAN, an individual; MARCUS BELL, an individual; SOUNDS FROM EARDRUMMERS LLC, a Georgia Corporation; WB MUSIC CORP., a Delaware Corporation; DAT DAMN DEAN; and DOES 1-10, inclusive. <br><br> Defendants. | Case No. 2:23-cv-5061 <br><br> COMPLAINT FOR COPYRIGHT INFRINGEMENT; VICARIOUS INFRINGEMENT; CONTRIBUTORY INFRINGEMENT; LANHAM ACT - UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN; LANHAM ACT - FALSE ADVERTISING; CONVERSION; FALSE ADVERTISING (STATE LAW); AND UNFAIR COMPETITION (STATE LAW) <br><br> DEMAND FOR JURY TRIAL <br><br> Date Action Filed: June 26, 2023 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| JULIUS JOHNSON, an individual, <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation;  (See Attachment) <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 2:23-cv-05061 PA (AFMx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UNIVERSAL MUSIC GROUP, INC.
2220 COLORADO AVENUE
SANTA MONICA, CA 90404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dayna C. Cooper,  COOPER LEGAL, LLC,
    1 Olympic Pl, Suite 900 , Towson, MD 21204
Laurence M. Sandell (SBN 262186), MEI & MARK LLP
    P.O. Box 65981, Washington, DC 20035-5981
Manni Li (SBN 273984), Mei & Mark LLP
    9465 Wilshire Blvd., Suite 300, Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/28/2023 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print        Save As...        Reset

Dayna C. Cooper (*pro hac vice pending*)
Dayna@CooperLegalSolutions.com
COOPER LEGAL, LLC
1 Olympic Pl, Suite 900
Towson, MD 21204
Telephone: (202) 642 5470
Facsimile: (757) 257 9878

*Attorneys for Plaintiff Julius Johnson*
(Additional attorneys listed on signature page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JOHNSON, an individual, ) | Case No. 2:23-cv-5061 |
|     Plaintiff, ) | |
| ) | COMPLAINT FOR |
|     vs. ) | COPYRIGHT INFRINGEMENT; |
| ) | VICARIOUS INFRINGEMENT; |
| ONIKA TANYA MARAJ P/K/A NICKI ) | CONTRIBUTORY |
| MINAJ, an individual; UNIVERSAL ) | INFRINGEMENT; LANHAM |
| MUSIC GROUP, INC., a Delaware ) | ACT - UNFAIR COMPETITION |
| corporation; SONGS OF UNIVERSAL, ) | AND FALSE DESIGNATION OF |
| INC., a California corporation; ) | ORIGIN; LANHAM ACT - |
| MICHAEL LEN WILLIAMS II P/K/A ) | FALSE ADVERTISING; |
| MIKE WILL MADE IT, an individual; ) | CONVERSION; FALSE |
| KAZARION FOWLER P/K/A SKOOLY, ) | ADVERTISING (STATE LAW); |
| an individual; MONEY MACK MUSIC ) | AND UNFAIR COMPETITION |
| INC., a Louisiana corporation; ) | (STATE LAW) |
| HARAJUKU BARBIE MUSIC, LLC, a ) | |
| Delaware limited liability company; ) | DEMAND FOR JURY TRIAL |
| ESTHER RENAY DEAN P/K/A ESTER ) | |
| DEAN, an individual; MARCUS BELL, ) | Date Action Filed: June 26, 2023 |
| an individual; SOUNDS FROM ) | |
| EARDRUMMERS LLC, a Georgia ) | |
| Corporation; WB MUSIC CORP., a ) | |
| Delaware Corporation; DAT DAMN ) | |
| DEAN; and DOES 1-10, inclusive. ) | |
|     Defendants. ) | |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| JULIUS JOHNSON, an individual, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an | ) |
| individual; UNIVERSAL MUSIC GROUP, INC., a | ) |
| Delaware corporation; SONGS OF UNIVERSAL, INC., | ) |
| a California corporation;  (See Attachment) | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:23-cv-05061 PA (AFMx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SONGS OF UNIVERSAL, INC.
2220 COLORADO AVENUE
SANTA MONICA, CA 90404

DAT DAMN DEAN MUSIC
c/o SONGS OF UNIVERSAL, INC.
2220 COLORADO AVENUE
SANTA MONICA, CA 90404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dayna C. Cooper,  COOPER LEGAL, LLC,
1 Olympic Pl, Suite 900 , Towson, MD 21204
Laurence M. Sandell (SBN 262186), MEI & MARK LLP
P.O. Box 65981, Washington, DC 20035-5981
Manni Li (SBN 273984), Mei & Mark LLP
9465 Wilshire Blvd., Suite 300, Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/28/2023   _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*


                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |

Dayna C. Cooper (*pro hac vice pending*)
Dayna@CooperLegalSolutions.com
COOPER LEGAL, LLC
1 Olympic Pl, Suite 900
Towson, MD 21204
Telephone: (202) 642 5470
Facsimile: (757) 257 9878

*Attorneys for Plaintiff Julius Johnson*
(Additional attorneys listed on signature page)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JOHNSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation; MICHAEL LEN WILLIAMS II P/K/A MIKE WILL MADE IT, an individual; KAZARION FOWLER P/K/A SKOOLY, an individual; MONEY MACK MUSIC INC., a Louisiana corporation; HARAJUKU BARBIE MUSIC, LLC, a Delaware limited liability company; ESTHER RENAY DEAN P/K/A ESTER DEAN, an individual; MARCUS BELL, an individual; SOUNDS FROM EARDRUMMERS LLC, a Georgia Corporation; WB MUSIC CORP., a Delaware Corporation; DAT DAMN DEAN; and DOES 1-10, inclusive. <br><br> Defendants. | Case No. 2:23-cv-5061 <br><br> COMPLAINT FOR COPYRIGHT INFRINGEMENT; VICARIOUS INFRINGEMENT; CONTRIBUTORY INFRINGEMENT; LANHAM ACT - UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN; LANHAM ACT - FALSE ADVERTISING; CONVERSION; FALSE ADVERTISING (STATE LAW); AND UNFAIR COMPETITION (STATE LAW) <br><br> DEMAND FOR JURY TRIAL <br><br> Date Action Filed: June 26, 2023 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| JULIUS JOHNSON, an individual, | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 2:23-cv-05061 PA (AFMx) |
| ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an | ) |
| individual; UNIVERSAL MUSIC GROUP, INC., a | ) |
| Delaware corporation; SONGS OF UNIVERSAL, INC., | ) |
| a California corporation;  (See Attachment) | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

MICHAEL LEN WILLIAMS II P/K/A MIKE WILL MADE IT
8915 Pinehurst Cove,
Duluth, GA 30097

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dayna C. Cooper,  COOPER LEGAL, LLC,

1 Olympic Pl, Suite 900 , Towson, MD 21204
Laurence M. Sandell (SBN 262186), MEI & MARK LLP
P.O. Box 65981, Washington, DC 20035-5981
Manni Li (SBN 273984), Mei & Mark LLP
9465 Wilshire Blvd., Suite 300, Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 6/28/2023

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |

Dayna C. Cooper (*pro hac vice pending*)
Dayna@CooperLegalSolutions.com
COOPER LEGAL, LLC
1 Olympic Pl, Suite 900
Towson, MD 21204
Telephone: (202) 642 5470
Facsimile: (757) 257 9878

*Attorneys for Plaintiff Julius Johnson*
(Additional attorneys listed on signature page)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JOHNSON, an individual, | Case No. 2:23-cv-5061 |
|     Plaintiff, | |
| | COMPLAINT FOR |
|     vs. | COPYRIGHT INFRINGEMENT; |
| | VICARIOUS INFRINGEMENT; |
| ONIKA TANYA MARAJ P/K/A NICKI | CONTRIBUTORY |
| MINAJ, an individual; UNIVERSAL | INFRINGEMENT; LANHAM |
| MUSIC GROUP, INC., a Delaware | ACT - UNFAIR COMPETITION |
| corporation; SONGS OF UNIVERSAL, | AND FALSE DESIGNATION OF |
| INC., a California corporation; | ORIGIN; LANHAM ACT - |
| MICHAEL LEN WILLIAMS II P/K/A | FALSE ADVERTISING; |
| MIKE WILL MADE IT, an individual; | CONVERSION; FALSE |
| KAZARION FOWLER P/K/A SKOOLY, | ADVERTISING (STATE LAW); |
| an individual; MONEY MACK MUSIC | AND UNFAIR COMPETITION |
| INC., a Louisiana corporation; | (STATE LAW) |
| HARAJUKU BARBIE MUSIC, LLC, a | |
| Delaware limited liability company; | DEMAND FOR JURY TRIAL |
| ESTHER RENAY DEAN P/K/A ESTER | |
| DEAN, an individual; MARCUS BELL, | Date Action Filed: June 26, 2023 |
| an individual; SOUNDS FROM | |
| EARDRUMMERS LLC, a Georgia | |
| Corporation; WB MUSIC CORP., a | |
| Delaware Corporation; DAT DAMN | |
| DEAN; and DOES 1-10, inclusive. | |
|     Defendants. | |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| JULIUS JOHNSON, an individual, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an | ) |
| individual; UNIVERSAL MUSIC GROUP, INC., a | ) |
| Delaware corporation; SONGS OF UNIVERSAL, INC., | ) |
| a California corporation;  (See Attachment) | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  2:23-cv-05061 PA (AFMx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KAZARION FOWLER P/K/A SKOOLY
3607 Ginnis Dr SW, Unit 1
Atlanta, GA 30331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dayna C. Cooper,  COOPER LEGAL, LLC,
1 Olympic Pl, Suite 900 , Towson, MD 21204
Laurence M. Sandell (SBN 262186), MEI & MARK LLP
P.O. Box 65981, Washington, DC 20035-5981
Manni Li (SBN 273984), Mei & Mark LLP
9465 Wilshire Blvd., Suite 300, Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  6/28/2023
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |

Dayna C. Cooper (*pro hac vice pending*)
Dayna@CooperLegalSolutions.com
COOPER LEGAL, LLC
1 Olympic Pl, Suite 900
Towson, MD 21204
Telephone: (202) 642 5470
Facsimile: (757) 257 9878

*Attorneys for Plaintiff Julius Johnson*
(Additional attorneys listed on signature page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIUS JOHNSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation; MICHAEL LEN WILLIAMS II P/K/A MIKE WILL MADE IT, an individual; KAZARION FOWLER P/K/A SKOOLY, an individual; MONEY MACK MUSIC INC., a Louisiana corporation; HARAJUKU BARBIE MUSIC, LLC, a Delaware limited liability company; ESTHER RENAY DEAN P/K/A ESTER DEAN, an individual; MARCUS BELL, an individual; SOUNDS FROM EARDRUMMERS LLC, a Georgia Corporation; WB MUSIC CORP., a Delaware Corporation; DAT DAMN DEAN; and DOES 1-10, inclusive. <br><br> Defendants. | Case No. 2:23-cv-5061 <br><br> COMPLAINT FOR COPYRIGHT INFRINGEMENT; VICARIOUS INFRINGEMENT; CONTRIBUTORY INFRINGEMENT; LANHAM ACT - UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN; LANHAM ACT - FALSE ADVERTISING; CONVERSION; FALSE ADVERTISING (STATE LAW); AND UNFAIR COMPETITION (STATE LAW) <br><br> DEMAND FOR JURY TRIAL <br><br> Date Action Filed: June 26, 2023 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| JULIUS JOHNSON, an individual,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation;  (See Attachment)<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:23-cv-05061 PA (AFMx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> MONEY MACK MUSIC INC.
> C/O M. DIAZ
> 1100 POYDRAS #2900
> NEW ORLEANS, LA 70163

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Dayna C. Cooper,  COOPER LEGAL, LLC,
>   1 Olympic Pl, Suite 900 , Towson, MD 21204
> Laurence M. Sandell (SBN 262186), MEI & MARK LLP
>   P.O. Box 65981, Washington, DC 20035-5981
> Manni Li (SBN 273984), Mei & Mark LLP
>   9465 Wilshire Blvd., Suite 300, Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/28/2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

Dayna C. Cooper (*pro hac vice pending*)
Dayna@CooperLegalSolutions.com
COOPER LEGAL, LLC
1 Olympic Pl, Suite 900
Towson, MD 21204
Telephone: (202) 642 5470
Facsimile: (757) 257 9878

*Attorneys for Plaintiff Julius Johnson*
(Additional attorneys listed on signature page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIUS JOHNSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation; MICHAEL LEN WILLIAMS II P/K/A MIKE WILL MADE IT, an individual; KAZARION FOWLER P/K/A SKOOLY, an individual; MONEY MACK MUSIC INC., a Louisiana corporation; HARAJUKU BARBIE MUSIC, LLC, a Delaware limited liability company; ESTHER RENAY DEAN P/K/A ESTER DEAN, an individual; MARCUS BELL, an individual; SOUNDS FROM EARDRUMMERS LLC, a Georgia Corporation; WB MUSIC CORP., a Delaware Corporation; DAT DAMN DEAN; and DOES 1-10, inclusive. <br><br> Defendants. | Case No. 2:23-cv-5061 <br><br> COMPLAINT FOR COPYRIGHT INFRINGEMENT; VICARIOUS INFRINGEMENT; CONTRIBUTORY INFRINGEMENT; LANHAM ACT - UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN; LANHAM ACT - FALSE ADVERTISING; CONVERSION; FALSE ADVERTISING (STATE LAW); AND UNFAIR COMPETITION (STATE LAW) <br><br> DEMAND FOR JURY TRIAL <br><br> Date Action Filed: June 26, 2023 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| JULIUS JOHNSON, an individual,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation;  (See Attachment)<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:23-cv-05061 PA (AFMx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> HARAJUKU BARBIE MUSIC, LLC
> 10960 WILSHIRE BLVD., 5TH FLOOR
> LOS ANGELES, CA 90024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Dayna C. Cooper,  COOPER LEGAL, LLC,
>   1 Olympic Pl, Suite 900 , Towson, MD 21204
> Laurence M. Sandell (SBN 262186), MEI & MARK LLP
>   P.O. Box 65981, Washington, DC 20035-5981
> Manni Li (SBN 273984), Mei & Mark LLP
>   9465 Wilshire Blvd., Suite 300, Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/28/2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                      *Server's signature*

                                                      _____
                                                      *Printed name and title*


                                                      _____
                                                      *Server's address*

Additional information regarding attempted service, etc:




| Print | Save As... | | Reset |

Dayna C. Cooper (*pro hac vice pending*)
Dayna@CooperLegalSolutions.com
COOPER LEGAL, LLC
1 Olympic Pl, Suite 900
Towson, MD 21204
Telephone: (202) 642 5470
Facsimile: (757) 257 9878

*Attorneys for Plaintiff Julius Johnson*
(Additional attorneys listed on signature page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIUS JOHNSON, an individual, | Case No. 2:23-cv-5061 |
|     Plaintiff, | |
| | COMPLAINT FOR |
|     vs. | COPYRIGHT INFRINGEMENT; |
| | VICARIOUS INFRINGEMENT; |
| ONIKA TANYA MARAJ P/K/A NICKI | CONTRIBUTORY |
| MINAJ, an individual; UNIVERSAL | INFRINGEMENT; LANHAM |
| MUSIC GROUP, INC., a Delaware | ACT - UNFAIR COMPETITION |
| corporation; SONGS OF UNIVERSAL, | AND FALSE DESIGNATION OF |
| INC., a California corporation; | ORIGIN; LANHAM ACT - |
| MICHAEL LEN WILLIAMS II P/K/A | FALSE ADVERTISING; |
| MIKE WILL MADE IT, an individual; | CONVERSION; FALSE |
| KAZARION FOWLER P/K/A SKOOLY, | ADVERTISING (STATE LAW); |
| an individual; MONEY MACK MUSIC | AND UNFAIR COMPETITION |
| INC., a Louisiana corporation; | (STATE LAW) |
| HARAJUKU BARBIE MUSIC, LLC, a | |
| Delaware limited liability company; | DEMAND FOR JURY TRIAL |
| ESTHER RENAY DEAN P/K/A ESTER | |
| DEAN, an individual; MARCUS BELL, | Date Action Filed: June 26, 2023 |
| an individual; SOUNDS FROM | |
| EARDRUMMERS LLC, a Georgia | |
| Corporation; WB MUSIC CORP., a | |
| Delaware Corporation; DAT DAMN | |
| DEAN; and DOES 1-10, inclusive. | |
|     Defendants. | |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

|  |  |  |
|---|---|---|
| JULIUS JOHNSON, an individual, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:23-cv-05061 PA (AFMx) |
| ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation;  (See Attachment) | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    ESTHER RENAY DEAN P/K/A ESTER DEAN
    2312 Via Pinale
    Palos Verdes Estates, CA 90274

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dayna C. Cooper,  COOPER LEGAL, LLC,
        1 Olympic Pl, Suite 900 , Towson, MD 21204
    Laurence M. Sandell (SBN 262186), MEI & MARK LLP
        P.O. Box 65981, Washington, DC 20035-5981
    Manni Li (SBN 273984), Mei & Mark LLP
        9465 Wilshire Blvd., Suite 300, Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/28/2023          _____
                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:



Print      Save As...      Reset

Dayna C. Cooper (*pro hac vice pending*)
Dayna@CooperLegalSolutions.com
COOPER LEGAL, LLC
1 Olympic Pl, Suite 900
Towson, MD 21204
Telephone: (202) 642 5470
Facsimile: (757) 257 9878

*Attorneys for Plaintiff Julius Johnson*
(Additional attorneys listed on signature page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIUS JOHNSON, an individual, <br>     Plaintiff, <br><br>     vs. <br><br> ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation; MICHAEL LEN WILLIAMS II P/K/A MIKE WILL MADE IT, an individual; KAZARION FOWLER P/K/A SKOOLY, an individual; MONEY MACK MUSIC INC., a Louisiana corporation; HARAJUKU BARBIE MUSIC, LLC, a Delaware limited liability company; ESTHER RENAY DEAN P/K/A ESTER DEAN, an individual; MARCUS BELL, an individual; SOUNDS FROM EARDRUMMERS LLC, a Georgia Corporation; WB MUSIC CORP., a Delaware Corporation; DAT DAMN DEAN; and DOES 1-10, inclusive. <br>     Defendants. | Case No. 2:23-cv-5061 <br><br> COMPLAINT FOR COPYRIGHT INFRINGEMENT; VICARIOUS INFRINGEMENT; CONTRIBUTORY INFRINGEMENT; LANHAM ACT - UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN; LANHAM ACT - FALSE ADVERTISING; CONVERSION; FALSE ADVERTISING (STATE LAW); AND UNFAIR COMPETITION (STATE LAW) <br><br> DEMAND FOR JURY TRIAL <br><br> Date Action Filed: June 26, 2023 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| JULIUS JOHNSON, an individual,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation;  (See Attachment)<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:23-cv-05061 PA (AFMx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sounds from Eardrummers LLC
PO Box 3713
Alpharetta, GA, 30023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dayna C. Cooper,  COOPER LEGAL, LLC,
    1 Olympic Pl, Suite 900 , Towson, MD 21204
Laurence M. Sandell (SBN 262186), MEI & MARK LLP
    P.O. Box 65981, Washington, DC 20035-5981
Manni Li (SBN 273984), Mei & Mark LLP
    9465 Wilshire Blvd., Suite 300, Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/28/2023                          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Dayna C. Cooper (*pro hac vice pending*)
Dayna@CooperLegalSolutions.com
COOPER LEGAL, LLC
1 Olympic Pl, Suite 900
Towson, MD 21204
Telephone: (202) 642 5470
Facsimile: (757) 257 9878

*Attorneys for Plaintiff Julius Johnson*
(Additional attorneys listed on signature page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JOHNSON, an individual, ) | Case No. 2:23-cv-5061 |
|     Plaintiff, ) | |
| ) | COMPLAINT FOR |
|     vs. ) | COPYRIGHT INFRINGEMENT; |
| ) | VICARIOUS INFRINGEMENT; |
| ONIKA TANYA MARAJ P/K/A NICKI ) | CONTRIBUTORY |
| MINAJ, an individual; UNIVERSAL ) | INFRINGEMENT; LANHAM |
| MUSIC GROUP, INC., a Delaware ) | ACT - UNFAIR COMPETITION |
| corporation; SONGS OF UNIVERSAL, ) | AND FALSE DESIGNATION OF |
| INC., a California corporation; ) | ORIGIN; LANHAM ACT - |
| MICHAEL LEN WILLIAMS II P/K/A ) | FALSE ADVERTISING; |
| MIKE WILL MADE IT, an individual; ) | CONVERSION; FALSE |
| KAZARION FOWLER P/K/A SKOOLY, ) | ADVERTISING (STATE LAW); |
| an individual; MONEY MACK MUSIC ) | AND UNFAIR COMPETITION |
| INC., a Louisiana corporation; ) | (STATE LAW) |
| HARAJUKU BARBIE MUSIC, LLC, a ) | |
| Delaware limited liability company; ) | DEMAND FOR JURY TRIAL |
| ESTHER RENAY DEAN P/K/A ESTER ) | |
| DEAN, an individual; MARCUS BELL, ) | Date Action Filed: June 26, 2023 |
| an individual; SOUNDS FROM ) | |
| EARDRUMMERS LLC, a Georgia ) | |
| Corporation; WB MUSIC CORP., a ) | |
| Delaware Corporation; DAT DAMN ) | |
| DEAN; and DOES 1-10, inclusive. ) | |
|     Defendants. ) | |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

|  |  |  |
|---|---|---|
| JULIUS JOHNSON, an individual, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 2:23-cv-05061 PA (AFMx) |
| v. | ) | |
| ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an | ) | |
| individual; UNIVERSAL MUSIC GROUP, INC., a | ) | |
| Delaware corporation; SONGS OF UNIVERSAL, INC., | ) | |
| a California corporation;  (See Attachment) | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WB Music Corp.
75 ROCKEFELLER PLZ
NEW YORK, NY10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dayna C. Cooper,  COOPER LEGAL, LLC,
  1 Olympic Pl, Suite 900 , Towson, MD 21204
Laurence M. Sandell (SBN 262186), MEI & MARK LLP
  P.O. Box 65981, Washington, DC 20035-5981
Manni Li (SBN 273984), Mei & Mark LLP
  9465 Wilshire Blvd., Suite 300, Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  6/28/2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                          *Server's signature*

                                                 _____
                                                          *Printed name and title*


                                                 _____
                                                          *Server's address*

Additional information regarding attempted service, etc:


| Print | Save As... | Reset |

Dayna C. Cooper (*pro hac vice pending*)
Dayna@CooperLegalSolutions.com
COOPER LEGAL, LLC
1 Olympic Pl, Suite 900
Towson, MD 21204
Telephone: (202) 642 5470
Facsimile: (757) 257 9878

*Attorneys for Plaintiff Julius Johnson*
(Additional attorneys listed on signature page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIUS JOHNSON, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation; MICHAEL LEN WILLIAMS II P/K/A MIKE WILL MADE IT, an individual; KAZARION FOWLER P/K/A SKOOLY, an individual; MONEY MACK MUSIC INC., a Louisiana corporation; HARAJUKU BARBIE MUSIC, LLC, a Delaware limited liability company; ESTHER RENAY DEAN P/K/A ESTER DEAN, an individual; MARCUS BELL, an individual; SOUNDS FROM EARDRUMMERS LLC, a Georgia Corporation; WB MUSIC CORP., a Delaware Corporation; DAT DAMN DEAN; and DOES 1-10, inclusive.<br>        Defendants. | Case No. 2:23-cv-5061<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT; VICARIOUS INFRINGEMENT; CONTRIBUTORY INFRINGEMENT; LANHAM ACT - UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN; LANHAM ACT - FALSE ADVERTISING; CONVERSION; FALSE ADVERTISING (STATE LAW); AND UNFAIR COMPETITION (STATE LAW)<br><br>DEMAND FOR JURY TRIAL<br><br>Date Action Filed: June 26, 2023 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| JULIUS JOHNSON, an individual, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an | ) |
| individual; UNIVERSAL MUSIC GROUP, INC., a | ) |
| Delaware corporation; SONGS OF UNIVERSAL, INC., | ) |
| a California corporation;  (See Attachment) | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:23-cv-05061 PA (AFMx)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Marcus Bell
        5019 WEST 58TH PLACE
        LOS ANGELES, CA, 90056

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Dayna C. Cooper,  COOPER LEGAL, LLC,
          1 Olympic Pl, Suite 900 , Towson, MD 21204
        Laurence M. Sandell (SBN 262186), MEI & MARK LLP
          P.O. Box 65981, Washington, DC 20035-5981
        Manni Li (SBN 273984), Mei & Mark LLP
          9465 Wilshire Blvd., Suite 300, Beverly Hills, CA 90212

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  6/28/2023                                             
                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



Print     Save As...     Reset

Dayna C. Cooper (*pro hac vice pending*)
Dayna@CooperLegalSolutions.com
COOPER LEGAL, LLC
1 Olympic Pl, Suite 900
Towson, MD 21204
Telephone: (202) 642 5470
Facsimile: (757) 257 9878

*Attorneys for Plaintiff Julius Johnson*
(Additional attorneys listed on signature page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIUS JOHNSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation; MICHAEL LEN WILLIAMS II P/K/A MIKE WILL MADE IT, an individual; KAZARION FOWLER P/K/A SKOOLY, an individual; MONEY MACK MUSIC INC., a Louisiana corporation; HARAJUKU BARBIE MUSIC, LLC, a Delaware limited liability company; ESTHER RENAY DEAN P/K/A ESTER DEAN, an individual; MARCUS BELL, an individual; SOUNDS FROM EARDRUMMERS LLC, a Georgia Corporation; WB MUSIC CORP., a Delaware Corporation; DAT DAMN DEAN; and DOES 1-10, inclusive. <br><br> Defendants. | Case No. 2:23-cv-5061 <br><br> COMPLAINT FOR COPYRIGHT INFRINGEMENT; VICARIOUS INFRINGEMENT; CONTRIBUTORY INFRINGEMENT; LANHAM ACT - UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN; LANHAM ACT - FALSE ADVERTISING; CONVERSION; FALSE ADVERTISING (STATE LAW); AND UNFAIR COMPETITION (STATE LAW) <br><br> DEMAND FOR JURY TRIAL <br><br> Date Action Filed: June 26, 2023 |