JoAn Cho (SBN 186234)
2220 Colorado Avenue
Santa Monica, California 90404
Telephone: (310) 865-9629
joan.cho@umusic.com

Attorney for Defendants
Universal Music Group. Inc. and
Songs of Universal, Inc,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ONIKA TANYA MARAJ, et al.<br><br>　　　　Defendants. | CASE NO. 2:23-cv-05061-PA-AFM<br><br>**STIPULATION TO EXTEND TIME BY DEFENDANTS UNIVERSAL MUSIC GROUP, INC. AND SONGS OF UNIVERSAL, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint - service waived: August 14, 2023<br><br>Current response date: September 11, 2023<br><br>New response date: October 5. 2023 |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

It is hereby stipulated and agreed by and between plaintiff, Julius Johnson and defendants, Universal Music Group, Inc. and Songs of Universal, Inc. (collectively, the "Universal Defendants"), through their counsel, as follows:

Plaintiff filed the instant action on June 26, 2023.

On July 13, 2023, Plaintiff sent notices of this action and requests for waiver of service of a summons to the Universal Defendants.

On August 14, 2023, the Universal Defendants returned the requested waivers of service, such that the time for them to respond to the complaint due within 60 days of July 13, or on or before September 11, 2023.

Pursuant to Local Rule 8-3, the parties hereto agree that the deadline for the Universal Defendants to answer, move or otherwise respond to the complaint in this matter shall be extended up to and including October 5, 2023. As the stipulation does not extend the time for the Universal Defendants' responses by more than thirty (30) days, approval by the Court is not required.

Dated: September 5, 2023                COOPER LEGAL LLC


                                        By:  ___/s/ Dayna Cooper_____
                                             Dayna Cooper
                                             Attorney for Plaintiff

Dated: September 5, 2023

                                        By:  ___/s/ JoAn Cho_____
                                             JoAn Cho
                                             Attorney for Defendants
                                             Universal Music Group, Inc. and
                                             Songs of Universal, Inc.