AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Central District of California ▼

| | |
|---|---|
| Julius Johnson | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:23-cv-5061 |
| Onika Tanya Maraj | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Cooper Legal, LLC
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ___07/20/2023___, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: August 18, 2023

___Onika Tanya Maraj___
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*
Mark S. Posard
*Printed name*

275 Battery Street, Suite 2000
San Francisco, CA 94111
*Address*

mposard@grsm.com
*E-mail address*

415-875-3343
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Print | Save As... | Reset

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Central District of California

Julius Johnson )
*Plaintiff* )
v. ) Civil Action No. 2:23-cv-5061
Harajuku Barbie Music, LLC )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Cooper Legal, LLC
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

  I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

  I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

  I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

  I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from    07/20/2023   , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: August 18, 2023

*Signature of the attorney or unrepresented party*
Mark S. Posard

Harajuku Barbie Music, LLC
*Printed name of party waiving service of summons*

*Printed name*

275 Battery Street, Suite 2000
San Francisco, CA 94111
*Address*

mposard@grsm.com
*E-mail address*

415-875-3343
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

  Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

  "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

  If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

  If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# PROOF OF SERVICE

**Julius Johnson v. Onika Tanya Maraj, et al.**
Central District of California Case No.: 2:23-cv-5061

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date below I served the within documents:

**WAIVER OF THE SERVICE OF SUMMONS – ONIKA TANYA MARAJ**

**WAIVER OF THE SERVICE OF SUMMONS – HARAJUKU BARBIE MUSIC, LLC**

☒   **Via U.S. Mail**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

Laurence M. Sandell
MEI & MARK LLP
1 Olympic Place, Suite 900
Towson, MD 21204
Tel: 202-642-5470
Fax: 888-706-1173
Email: lsandell@meimark.com

Attorneys for Plaintiff
*Julius Johnson*

☒   **Via E-Mail**: by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below.

| | |
|---|---|
| Dayna C. Cooper<br>COOPER LEGAL, LLC<br>1 Olympic Pl, Suite 900<br>Towson, MD 21204<br>Tel: 202-642-5470<br>Fax: 757-257-9878<br>Email: Dayna@CooperLegalSolutions.com<br><br>Attorneys for Plaintiff<br>*Julius Johnson* | Laurence M. Sandell<br>MEI & MARK LLP<br>1 Olympic Place, Suite 900<br>Towson, MD 21204<br>Tel: 202-642-5470<br>Fax: 888-706-1173<br>Email: lsandell@meimark.com<br><br>Attorneys for Plaintiff<br>*Julius Johnson* |
| Manni Li<br>MEI & MARK LLP<br>9465 Wilshire Blvd., Suite 300<br>Beverly Hills, CA 90212<br>Tel: 888-860-5678 ext. 713<br>Fax: 310-564-2769<br>Email: mli@meimark.com<br><br>Attorneys for Plaintiff<br>*Julius Johnson* | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 18, 2023 at San Francisco, California.

_____
Danielle Brodit-Terry

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111