|     |     |
| --- | --- |
| 1   | MARK S. POSARD (SBN: 208790) |
| 2   | SUSAN B. MEYER (SBN: 204931) |
|     | mposard@grsm.com |
| 3   | smeyer@grsm.com |
|     | GORDON REES SCULLY MANSUKHANI, LLP |
| 4   | 275 Battery Street, Suite 2000 |
|     | San Francisco, CA 94111 |
| 5   | Telephone: (415) 875-3343 |
|     | Facsimile: (415) 986-8054 |
| 6   | Attorneys for Defendants |
| 7   | ONIKA TANYA MARAJ AND HARAJUKU BARBIE MUSIC, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JOHNSON, an individual, | CASE NO. 2:23-cv-05061-PA-AFM |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME BY DEFENDANTS ONIKA TANYA MARAJ AND HARAJUKU BARBIE MUSIC, LLC TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| ONIKA TANYA MARAJ P/K/A NICKI MINAJ, in individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation; MICHAEL LEN WILLIAMS II, P/K/A MIKE WILL MADE IT, an individual; KAZARION FOWLER PKA SKOOLY, an individual; MONEY MACK MUSIC, INC., a Louisiana corporation; HARAJUKU BARBIE MUSIC, LLC, a Delaware limited liability company; ESTHER RENAY DEAN P/K/A ESTHER DEAN, an individual; MARCUS BELL, an individual; SOUNDS FROM EARDRUMMERS LLC, a Georgia Corporation; WB MUSIC CORP., a Delaware Corporation; DAT DAMN DEAN; and DOES 1-10, inclusive. | Complaint – service waived: August 18, 2023<br>Current response date: September 18, 2023<br>New response date: October 5, 2023 |
| Defendants. | |

It is hereby stipulated and agreed by and between plaintiff, Julius Johnson and defendants ONIKA TANYA MARAJ and HARAJUKU BARBIE MUSIC, LLC (collectively, "Defendants"), through their counsel, as follows:

-1-

| | |
|---|---|
| 1 | Plaintiff filed the instant action on June 26, 2023. |
| 2 | On July 20, 2023, Plaintiff sent notices of this action and requests for waiver |
| 3 | of service of a summons to the Defendants. |
| 4 | On August 18, 2023, the Defendants returned the requested waivers of |
| 5 | service, such that the time for them to respond to the complaint due within 60 days |
| 6 | of July 20, or on or before September 18, 2023. |
| 7 | Pursuant to Local Rule 8-3, the parties hereto agree that the deadline for the |
| 8 | Defendants to answer, move or otherwise response to the complaint in this matter |
| 9 | shall be extended up to and including October 5, 2023.  As the stipulation does not |
| 10 | extend the time for the Defendants' responses by more than thirty (30) days, |
| 11 | approval by the Court is not required. |

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Dated:  September 15, 2023

COOPER LEGAL LLC

By:  /s/ Dayna C. Cooper

Dayna C. Cooper (*pro hac vice* pending)
Dayna@CooperLegalSolutions.com
COOPER LEGAL, LLC
1 Olympic Pl., Suite 900
Towson, MD 21204
Telephone: (202) 642 5470
Facsimile: (757) 257 9878

Laurence M. Sandell (SBN 262186)
lsandell@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone: 888-860-5678
Facsimile: 888-706-1173

Manni Li (SBN 273984)
mli@meimark.com
Mei & Mark LLP
9465 Wilshire Blvd., Suite 300

<div style="margin-left: 40%;">

Beverly Hills, CA 90212
Telephone: 888-860-5678 ext. 713
Facsimile: 310-564-2769 Attorneys
for Plaintiff
Julius Johnson

</div>

Dated: September 15, 2023                    GORDON REES SCULLY
                                             MANSUKHANI, LLP

<div style="margin-left: 40%;">

By:   /s/ Susan B. Meyer
      Mark S. Posard
      Susan B. Meyer
      Attorneys for Defendants
      Onika Tanya Maraj and Harajuku
      Barbie Music, LLC

</div>

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1322068/81765409v.1