1  DAYNA C. COOPER (*pro hac vice pending*)
2  Dayna@CooperLegalSolutions.com
   COOPER LEGAL, LLC
3  1 Olympic Pl, Suite 900
4  Towson, MD 21204
   Telephone: (202) 642 5470
5  Facsimile: (757) 257 9878
6
7  *Attorneys for Plaintiff Julius Johnson*
   (Additional attorneys listed on signature page)
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JOHNSON, an individual, <br>     Plaintiff, <br><br> vs. <br><br> ONIKA TANYA MARAJ P/K/A NICKI MINAJ, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation; MICHAEL LEN WILLIAMS II P/K/A MIKE WILL MADE IT, an individual; KAZARION FOWLER P/K/A SKOOLY, an individual; MONEY MACK MUSIC INC., a Louisiana corporation; HARAJUKU BARBIE MUSIC, LLC, a Delaware limited liability company; ESTHER RENAY DEAN P/K/A ESTER DEAN, an individual; MARCUS BELL, an individual; SOUNDS FROM EARDRUMMERS, LLC, a Georgia Corporation; WB MUSIC CORP., a Delaware Corporation; DAT DAMN DEAN; and DOES 1-10, inclusive. <br>     Defendants. | Case No. 2:23−cv−05061 PA (AFMx) <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR ALTERNATE SERVICE AND TO EXTEND THE DEADLINE TO COMPLETE SERVICE** <br><br> Date:     October 23, 2023 <br> Time:     1:30pm <br> Courtroom:   9A <br><br> **Honorable Percy Anderson** |

# ORDER

Having reviewed considered all the papers on file and the arguments of the parties on Plaintiff Julius Johnson's ("Plaintiff") Motion for Alternate Service and to Extend the Deadline to Complete Service, the Court hereby orders as follows:

Plaintiff's Motion is **GRANTED**.

Plaintiff may serve the Summons and Complaint in this matter on Defendant Marcus Bell by e-mail at the e-mail address bellringerproductions@gmail.com. The Court finds that such service is reasonably calculated to give actual notice to Defendant. Upon completion of service, Plaintiff must file a proof of service indicating the date, time, and manner of service.

In light of the difficulties Plaintiff has experienced in effectuating service on Defendant, Marcus Bell, good cause exists to extend the deadline to complete service. Plaintiff must effectuate service of process on Defendants by November 23, 2023.

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
Honorable Percy Anderson

[PROPOSED] ORDER GRANTING MOT. FOR ALT. SERVICE & EXT. RE: BELL
Case No. 2:23−cv−05061 PA (AFMx)
1