DAYNA C. COOPER (*pro hac vice pending*)
Dayna@CooperLegalSolutions.com
COOPER LEGAL, LLC
1 Olympic Pl, Suite 900
Towson, MD 21204
Telephone: (202) 642 5470
Facsimile: (757) 257 9878

*Attorneys for Plaintiff Julius Johnson*
(Additional attorneys listed on signature page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>ONIKA TANYA MARAJ, et al.<br><br>Defendants. | CASE NO. 2:23-cv-05061-PA-AFM<br><br>**STIPULATION TO EXTEND TIME OF DEFENDANT MONEY MACK MUSIC TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: August 31, 2023<br><br>Current response date: September 21, 2023<br><br>New response date: October 5, 2023 |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

It is hereby stipulated and agreed by and between plaintiff, Julius Johnson and defendants, Money Mack Music, Inc. ("Defendant"), through their counsel, as follows:

Plaintiff filed the instant action on June 26, 2023.

On August 31, 2023, Defendant was served through its registered agent, Capitol Corporate Services, Inc.

Currently September 21, 2023 was the deadline for Defendant to file responsive pleadings with the court.

Pursuant to Local Rule 8-3, the parties hereto agree that the deadline for the Defendant to answer, move or otherwise respond to the complaint in this matter shall be extended up to and including October 5, 2023. As the stipulation does not extend the time for the Defendant's responses by more than thirty (30) days, approval by the Court is not required.

Dated: September 28, 2023

Respectfully submitted,

/s/   Dayna C. Cooper

Dayna C. Cooper (*pro hac vice*)
Dayna@CooperLegalSolutions.com
COOPER LEGAL, LLC
1 Olympic Pl, Suite 900
Towson, MD 21204
Telephone: (202) 642 5470
Facsimile: (757) 257 9878

Laurence M. Sandell (SBN 262186)
lsandell@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone: 888-860-5678
Facsimile: 888-706-1173

Manni Li (SBN 273984)
mli@meimark.com
Mei & Mark LLP

|   |   |
|---|---|
| 1 | 9465 Wilshire Blvd., Suite 300 |
| 2 | Beverly Hills, CA 90212 |
|   | Telephone: 888-860-5678 ext. 713 |
| 3 | Facsimile: 310-564-2769 |
| 4 | *ATTORNEYS FOR PLAINTIFF,* |
| 5 | JULIUS JOHNSON |

Dated: September 28, 2023

By: ___*/s/ Edward Grauer*___
    Edward Grauer
    Attorney for Defendant
    Money Mack Music, Inc.