1  MARK S. POSARD (SBN: 208790)
   SUSAN B. MEYER (SBN: 204931)
2  mposard@grsm.com
   smeyer@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 875-3343
5  Facsimile: (415) 986-8054

6  Attorneys for Defendants
   ONIKA TANYA MIRAJ AND HARAJUKU BARBIE MUSIC, LLC
7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11 | JULIUS JOHNSON, an individual,           ) CASE NO. 2:23-cv-05061-PA-AFM
12 |                      Plaintiff,          )
13 |        vs.                               ) **ONIKA TANYA MIRAJ AND HARAJUKU BARBIE MUSIC, LLC'S NOTICE OF JOINDER TO MOTION TO DISMISS FILED BY DEFENDANTS MICHAEL LEN WILLIAMS, II; SOUNDS FROM EARDRUMMERS, LLC; W CHAPPELL MUSIC CORP F/K/A WB MUSIC CORP.**
14 | ONIKA TANYA MARAJ P/K/A NICK            )
   | MINAJ, in individual; UNIVERSAL MUSIC   )
15 | GROUP, INC., a Delaware corporation;    )
   | SONGS OF UNIVERSAL, INC., a             )
16 | California corporation; MICHAEL LEN     )
   | WILLIAMS II, P/K/A MIKE WILL MADE       )
17 | IT, an individual; KAZARION FOWLER      )
   | PKA SKOOLY, an individual; MONEY        )
18 | MACK MUSIC, INC., a Louisiana           )
   | corporation; HARAJUKU BARBIE MUSIC,     )
19 | LLC, a Delaware limited liability company; ) Honorable Percy Anderson
   | ESTHER RENAY DEAN P/K/A ESTHER          )
20 | DEAN, an individual; MARCUS BELL, an    ) Date: November 6, 2023
   | individual; SOUNDS FROM                 ) Time: 1:30 p.m.
21 | EARDRUMMERS LLC, a Georgia              ) Place: Courtroom 9A
   | Corporation; WB MUSIC CORP., a          )
22 | Delaware Corporation; DAT DAMN DEAN;    )
   | and DOES 1-10, inclusive.               )
23 |                                         )
   |                      Defendants.        )
24

-1-

NOTICE OF JOINDER BY ONIKA TANYA MIRAJ AND HARAJUKU BARBIE MUSIC, LLC

1  TO THE COURT, THE PARTIES, AND TO THEIR ATTORNEYS OF
2  RECORD:
3      PLEASE TAKE NOTICE THAT Defendants Onika Tanya Miraj and
4  Harajuku Barbie Music, LLC ("Joining Defendants") hereby move to join in
5  Defendants Michael Len Williams, II; Sounds From Eardrummers, LLC; W
6  Chappell Music Corp f/k/a WB Music Corp. ("Moving Defendants")'s Motion to
7  Dismiss Plaintiff's Complaint filed in the above-entitled action on October 5, 2023.
8  (ECF No. 38.)
9      Joining Defendants move to join in each argument asserted by Moving
10 Defendants in their motion to dismiss, all of which apply equally to Joining
11 Defendants: (1) The complaint is an impermissible "shotgun pleading" in violation
12 of Fed. R. Civ. P. 8; (2) The complaint improperly alleges direct, vicarious, and
13 contributory copyright infringement against all Defendants; (3) The complaint fails
14 to plausibly allege direct infringement due to (a) failure to allege copying; (b)
15 failure to allege ownership; (c) failure to allege access; and (d) failure to allege
16 striking similarity; (4) Causes of action 5 through 8 are preempted; and (5) The
17 complaint fails to allege conversion.
18     For the reasons identified by Moving Defendants in the motion to dismiss,
19 the Complaint should be dismissed in its entirety with prejudice as to Joining
20 Defendants.

21 Dated: October 5, 2023        GORDON REES SCULLY
22                                     MANSUKHANI, LLP
23
24                               By: */s/ Susan B. Meyer*
25                                  Mark S. Posard
26                                  Susan B. Meyer
                                  Attorneys for Defendants
                                  Onika Tanya Miraj and Harajuku
27                                   Barbie Music, LLC
28

*Gordon Rees Scully Mansukhani, LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

1322068/81676927v.1