Thomas C. Lundin Jr. (admitted *pro hac vice*)
tom.lundin@fisherbroyles.com
FISHERBROYLES LLP
111 Favre Street
Waveland, MS 39576
Tel. (678) 778-8857

Larry R. Schmadeka (SBN 160400)
larry.schmadeka@fisherbroyles.com
FISHERBROYLES LLP
260 Newport Center Dr., Ste. 100
Newport Beach, CA 92660
Tel. (949) 694-5388

*Attorneys for Defendants
Michael Len Williams, II; Sounds
From Eardrummers, LLC; W Chappell
Music Corp f/k/a WB Music Corp.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>ONIKA TANYA MARAJ P/K/A NICKI MINAJ, et al.<br><br>        Defendants. | Case No. 2:23-cv-05061-PA-AFM<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT**<br><br>Date:   December 11, 2023<br>Time:  1:30 p.m.<br>Place:  Courtroom 9A<br><br>**Honorable Percy Anderson** |

## ORDER

Having reviewed considered all the papers on file and the arguments of the parties on the Motion to Dismiss First Amended Complaint filed by defendants Michael Len Williams, II; Sounds From Eardrummers, LLC; and W Chappell Music Corp. d/b/a WC Music Corp. f/k/a WB Music Corp. ("Moving Defendants"), the Court hereby orders as follows: Moving Defendants' Motion is GRANTED.

Further, because Plaintiff's failure to register his musical composition before instituting litigation cannot by cured by an application for supplementary registration filed

after litigation was instituted, the Complaint is dismissed with prejudice. *New Day Worldwide Inc. v. Swift*, 2020 U.S. Dist. LEXIS 196525, at *6 (C.D. Cal. July 21, 2020).

Accordingly, Plaintiff's First Amended Complaint [Dkt. 51] is hereby dismissed with prejudice.

SO ORDERED, this ____ day of _____, 2023

                                  The Honorable Percy Anderson
                                  U.S. District Judge