MARK S. POSARD (SBN: 208790)
SUSAN B. MEYER (SBN: 204931)
HANNAH E. BROWN (SBN: 311158)
mposard@grsm.com
smeyer@grsm.com
hbrown@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3343
Facsimile: (415) 986-8054

Attorneys for Defendants
ONIKA TANYA MIRAJ AND HARAJUKU BARBIE MUSIC, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ONIKA TANYA MARAJ P/K/A NICK MINAJ, in individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; SONGS OF UNIVERSAL, INC., a California corporation; MICHAEL LEN WILLIAMS II, P/K/A MIKE WILL MADE IT, an individual; KAZARION FOWLER PKA SKOOLY, an individual; MONEY MACK MUSIC, INC., a Louisiana corporation; HARAJUKU BARBIE MUSIC, LLC, a Delaware limited liability company; ESTHER RENAY DEAN P/K/A ESTHER DEAN, an individual; MARCUS BELL, an individual; SOUNDS FROM EARDRUMMERS LLC, a Georgia Corporation; WB MUSIC CORP., a Delaware Corporation; DAT DAMN DEAN; and DOES 1-10, inclusive.<br><br>Defendants. | CASE NO. 2:23-cv-05061-PA-AFM<br><br>**ONIKA TANYA MIRAJ AND HARAJUKU BARBIE MUSIC, LLC'S NOTICE OF JOINDER TO MOTION TO DISMISS FILED BY DEFENDANTS MICHAEL LEN WILLIAMS, II; SOUNDS FROM EARDRUMMERS, LLC; W CHAPPELL MUSIC CORP F/K/A WB MUSIC CORP.**<br><br>Honorable Percy Anderson<br><br>Date: December 11, 2023<br>Time: 1:30 p.m.<br>Place: Courtroom 9A |

-1-
NOTICE OF JOINDER BY ONIKA TANYA MIRAJ AND HARAJUKU BARBIE MUSIC, LLC

TO THE COURT, THE PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants Onika Tanya Miraj and Harajuku Barbie Music, LLC ("Joining Defendants") hereby move to join in Defendants Michael Len Williams, II; Sounds From Eardrummers, LLC; W Chappell Music Corp f/k/a WB Music Corp. ("Moving Defendants")'s Motion to Dismiss Plaintiff's First Amended Complaint filed in the above-entitled action on November 13, 2023 (ECF No. 54.)

Joining Defendants move to join in each argument asserted by Moving Defendants in their motion to dismiss, all of which apply equally to Joining Defendants: (1) The complaint is an impermissible "shotgun pleading" in violation of Fed. R. Civ. P. 8; (2) The complaint improperly alleges direct, vicarious, and contributory copyright infringement against all Defendants; (3) The complaint fails to plausibly allege direct infringement due to (a) failure to allege copying; (b) failure to comply with 17 U.S.C. § 411 for the alleged musical composition; (c) failure to allege access; and (d) failure to allege striking similarity; (4); The complaint fails to allege conversion; and (5) The complaint fails to allege unfair competition

For the reasons identified by Moving Defendants in the motion to dismiss, the Complaint should be dismissed in its entirety with prejudice as to Joining Defendants.

Dated: November 13, 2023

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Susan B. Meyer*
　　Mark S. Posard
　　Susan B. Meyer
　　Attorneys for Defendants
　　Onika Tanya Miraj and Harajuku
　　Barbie Music, LLC