UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ONIKA TANYA MARAJ, et al.<br><br>　　　　Defendants. | CASE NO. 2:23-cv-05061-PA-AFM<br><br>**ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION FOR AUTHORIZATION TO INCLUDE NEW, RELATED CLAIM IN SECOND AMENDMENT COMPLAINT DUE JANUARY 3, 2024** |

1 **ORDER**

2 The Court having considered Plaintiffs' *Ex Parte* Application for Authorization,

3 the Court hereby orders that

4 Plaintiff's Application is **GRANTED** as follows:

5 Plaintiff, in his Second Amended Complaint due to be filed no later than January

6 3, 2024, is hereby authorized to include a new claim against Defendants under 17

7 U.S.C. § 1202(a) based on substantially the factual allegations previously asserted in

8 the now-dismissed First Amended Complaint .

**DENIED**
BY ORDER OF ***
UNITED STATES DISTRICT JUDGE
01/02/24

10 Dated: _____   By: _____
11 HONORABLE PERCY ANDERSON
U.S. District Court Judge

12

13 ***Denied without prejudice to being brought as a regularly noticed motion.

14

15

16

17

18

19

20

21

22

**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR AUTHORIZATION**
CASE NO. 2:23-cv-05061-PA-AFM