Dayna C. Cooper (*pro hac vice pending*)
Dayna@CooperLegalSolutions.com
COOPER LEGAL, LLC
1 Olympic Pl., Suite 900
Towson, MD 21204
Telephone: (202) 642 5470
Facsimile: (757) 257 9878

*Attorneys for Plaintiff Julius Johnson*
(Additional attorneys listed on signature page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JOHNSON, <br>     Plaintiff, <br><br> vs. <br><br> ONIKA TANYA MARAJ P/K/A NICKI MINAJ, *et al*. <br>     Defendants. | Case No. 2:23-cv-5061-PA-AFM <br><br> **PROPOSED ORDER GRANTING PLAINTIFF'S NOTICE AND MOTION FOR LEAVE TO AMEND AND AUTHORIZATION TO ADD NEW CLAIMS UNDER 17 U.S.C. § 1202** <br><br> **Honorable Percy Anderson** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Having reviewed and considered all papers on file and arguments of the Parties |
| 3 | on Plaintiff's Notice and Application for Leave to Amend and Authorization to Add |
| 4 | New Related Claims Under 17 U.S.C. § 1202, the Court hereby GRANTS the Motion. |
| 5 | The Court deems Plaintiff's Third Amended Complaint lodged with his Motion |
| 6 | filed as of the date of this Order. In accordance with the stipulation filed by the Parties |
| 7 | on January 16, 2023 (Dkt. 82), Defendants' Answer(s) or Responsive Motion(s) shall |
| 8 | be filed no later than 14 days of this Order. |

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
Honorable Percy Anderson