# EXHIBIT A





YouTube Search Sign in

## onmysleeve

JcubedEnt
4 subscribers
Subscribe

0 Share Save

116 views Sep 23, 2011
onmysleeve

"i wear my heart on my sleeve...
i keep it right here next to me..."

Currently searching for a Vocalist or "Ghost Wrighter"

Demo Version-Still in Production Mode but Willing to Add Any Flavor

Copyright Act of 1976 (All Rights Reserved)

Show less

0 Comments Sort by

Add a comment...

I Hated The Day I Was Born
John Lee Hook...
3.4M views • 7 year...

운동 음악 - Workout Music 2023 🌟매...
운동 음악 - Workout ...
21K views • 2 week...

Skyrim Mods :Vigilant SE -...
Gaming with Cres
7 views • 27 minute...
New

Caravan
John Wasson - Topic
5.4M views • 1 year...

Chill Lofi Mix [chill lo-fi hip hop beats]
Settle
15M views • 9...

it's late night and you're thinking...
S C A R L E T T
824K views • 2...

Don Henley - The Boys Of Summer...
Don Henley
11M views • 5...

Just the Two of Us (feat. Bill...
Grover Washin...
4.5M views • 7 year...

Purple Classic Galaxy ~60:00...
AA-VFX
4.5M views • 2 year...

Best of classic Dance & Hause...
Runin-X
6M views • 2 years...

Howl's Moving Castle - Merry g...
Grissini Project
51M views • 4 year...

Blade Techno (Rave Techno Mix)
RTTWLR
636K views • 5...

Johnny Cash - Hurt
Johnny Cash

YouTube    [search box]    Sign in

**1:16:20** 드 명곡 노래모음 …
Kpop Music Box
5.5K views • 6 days…
New

Demon Slayer ALL OPENINGS (FUL…
hellyeahdude
1.2M views • 1…

Skeler - N i g h t D r i v e スケラー…
skeler.
2.5M views • 1…

Interstellar | Melancholic…
Soothing Sonata
2.9M views • 2…

Debussy, Chopin, Satie (Classical…
Henessy
3.4M views • 2 year…

MPB 30 as melhores - Ana…
Hudba Pro Vas
1.5K views • 2 wee…

nordic home office ~ chill lofi…
Cozy Nordic
391K views • 1…