# EXHIBIT B



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = onmysleeve
Search Results: Displaying 1 of 1 entries

*onmysleeve.*

| | |
|---:|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000921043 / 2022-02-07 |
| **Application Title:** | onmysleeve. |
| **Title:** | onmysleeve. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Julius JanMichael Johnson, 1987- . Address: 205 county road 433, Englewood, TN, 37329, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-09-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Julius JanMichael Johnson, 1987- ; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| **Rights and Permissions:** | Julius JM Johnson, 205 county road 433, Englewood, TENNESSEE, 37329, United States, (423) 368-7893, (423) 368-2598, middlecreekstudios@gmail.com |
| **Names:** | Johnson, Julius JanMichael, 1987- |





| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record  ⌄  Format for Print/Save |
| Enter your email address: ⬚ Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page