# EXHIBIT C



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001986548
Search Results: Displaying 1 of 1 entries



*I Lied.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001986548 / 2015-11-02 |
| **Application Title:** | I Lied. |
| **Title:** | I Lied. |
| **Appears in:** | The Pinkprint recorded by Nicki Minaj, 12/15/2014 |
| **Description:** | Compact Disc. |
| **Copyright Claimant:** | Sounds from Eardrummers, Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States. |
|  | WB Music Corp, Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States. |
|  | Harajuku Barbie Music, Transfer: By written agreement. Address: street not known, city not known. |
|  | Dat Damn Dean, Transfer: By written agreement. Address: street not known, city not known. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-12-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Marcus Bell; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Michael Williams; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Ester Dean; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Nicki Minaj; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Names:** | Bell, Marcus |

Williams, Michael
Dean, Ester
Minaj, Nicki
Sounds from Eardrummers
WB Music Corp
Harajuku Barbie Music
Dat Damn Dean

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ⌄  Format for Print/Save |
| Enter your email address: [          ]  Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page