# EXHIBIT D



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = onmysleeve
Search Results: Displaying 2 of 2 entries



*onmysleeve.*

| | |
|---|---|
| **Type of Work:** | Sound Recording and Music |
| **Registration Number / Date:** | SR0000984874 / 2023-10-07 |
| | Supplement to: SR0000921043 / 2022 |
| **Application Title:** | onmysleeve. |
| **Title:** | onmysleeve. |
| **Copyright Claimant:** | Julius JanMichael Johnson. Address: 205 county road 433, englewood, Tennessee, 37329, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-09-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Julius JanMichael Johnson; Citizenship: United States. Authorship: sound recording, Composition/music. |
| **Supplement to Registration:** | SR0000921043, 2022. |
| **Amplifications Explained:** | Author/Applicant filed his SR application pro se and inadvertently omitted the underlying composition/music from the basic registration application. Author/Applicant is the author of the SR as well as the underlying composition, both published at the same time. While Author/Applicant included a note to CO that mentions that underlying composition contained therein, he mistakenly failed to add the music in the "other" box of the authorship section. Accordingly, Author/Applicant hereby amplifies the earlier registration to include the music contained in the earlier registered sound recording and deposit copy. |
| **Rights and Permissions:** | Julius JanMichael Johnson, 205 county road 433, englewood, TN, 37329, United States, (423) 368-7893, (423) 368-2598, middlecreekstudios@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| | Regarding information on basic registration: The application for basic registration number SR0000921043 was submitted by the author/claimant ? an individual named Julius JanMichael Johnson ? with the following note to the Copyright Office: ?I can not afford the current Expedited fee but I am working with lawyers to secure a copyright of this song for an intellectual copyright infringement buy a popular music |

D - 001

production group. We believe "I Lied" - Niki Minaj The Pinkprint album carries the same exact composition, construction, melody and musical instruments were taken directly from my song. I am willing to wait the standard process time.? Had the Copyright Office recognized this note to indicate that the applicant wished to register the musical work in addition to the sound recording, the Office would have corresponded with the applicant and added the claim in the musical composition to the application. Musical works and sound recordings authored and owned by the same person may be registered together on one SR application. Compendium 1104; 37 CFR 202.3(b)(iv)

**Names:** Johnson, Julius JanMichael



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ⌄   Format for Print/Save |
| Enter your email address: _____  Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

D - 002