# EXHIBIT E

## Titles on Johnson's Hard Drive

1. OnMySleeve
2. AintNoWay
3. baow
4. bright
5. Facade
6. Front
7. Fly
8. getsaved
9. Determined
10. WontYouBeMine
11. heart
12. ham
13. HellYeah
14. Juke
15. Just Walking By
16. Keys
17. ThatsReal
18. ogoin
19. gann
20. Randolph
21. rain
22. laxin
23. Equilibrium
24. sittingherealone
25. gonna make it
26. alrightwithin
27. night stand
28. lowslow
29. ridelow
30. plastic
31. betchigotsomfoit
32. whatitslike
33. Time
34. depression
35. dontgivenodamn
36. baow
37. you
38. infused
39. inlighten
40. ThemKeys
41. songforGaga
42. OneMoreTime
43. BloodyMurda
44. ChangeGonCome

45. birdlife
46. saveme
47. Something
48. Starburts
49. nodefeature
50. themkeys
51. toyou
52. Takedown
53. justtrynalive
54. doubt
55. dontgivedamn
56. upup