1  DAVID A. STEINBERG (SBN 130593)
      das@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
3  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  *Attorneys for Defendants*
   *Universal Music Group, Inc.*
6  *and Money Mack Music, Inc.*

7

8                 UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     WESTERN DIVISION

11  JULIUS JOHNSON, an individual,          CASE NO. 2:23-cv-05061-PA-AFM

12            Plaintiff,                    Hon. Percy Anderson

13       v.                                **ANSWER OF DEFENDANTS
                                           UNIVERSAL MUSIC GROUP,
14  ONIKA TANYA MARAJ P/K/A NICKI          INC. AND MONEY MACK MUSIC,
    MINAJ, et al.                          INC. TO THIRD AMENDED
15                                         COMPLAINT OF PLAINTIFF
            Defendants.                    JULIUS JOHNSON**
16
                                           Filed:      June 26, 2023
17                                         FAC Filed:  October 26, 2023
                                           SAC Filed:  January 3, 2024
18                                         TAC Filed:  February 27, 2024
                                           Trial:      To be set
19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

1        Defendants Universal Music Group, Inc. ("UMG") and Money Mack Music,

2    Inc. ("Money Mack") (collectively, the "MSK Defendants") hereby answer the

3    Third Amended Complaint (the "TAC"; ECF 105) of Plaintiff Julius Johnson

4    ("Plaintiff").  MSK Defendants deny each of the allegations in the TAC except as

5    specifically admitted or qualified below, and MSK Defendants deny any headings

6    in the TAC that are construed as allegations and deny any allegations in footnotes

7    or sub-paragraphs to paragraphs that are otherwise denied.

8

9                      **JURISDICTION AND VENUE**

10        1.      Paragraph 1 contains legal conclusions to which no response is

11    required.  To the extent any response is required, MSK Defendants admit that this

12    Court has subject matter jurisdiction over "copyright infringement and related

13    claims pursuant to 17 U.S.C. §§ 501 *et. seq.*" and "violations of the Digital

14    Millennium Copyright Act and related claims pursuant to 17 U.S.C. §§ 1201 *et.*

15    *seq.*" pursuant to 28 U.S.C. §§ 1331 and 1338(a).  MSK Defendants deny that the

16    TAC states any such valid claims and deny that Plaintiff is entitled to any of the

17    relief sought in the TAC.  Except as expressly admitted, MSK Defendants deny the

18    allegations in Paragraph 1.

19        2.      Paragraph 2 contains legal conclusions to which no response is

20    required.  To the extent any response is required, MSK Defendants aver that this

21    paragraph of the TAC sets forth allegations against all defendants in this action

22    collectively.  MSK Defendants are without knowledge or information sufficient to

23    form a belief as to the truth of the allegations of this Paragraph as to defendants

24    other than MSK Defendants and on that basis deny such allegations.  MSK

25    Defendants do not contest personal jurisdiction over them.  Except as expressly

26    admitted, MSK Defendants deny the allegations in Paragraph 2.

27        3.      Paragraph 3 contains legal conclusions to which no response is

28    required.  To the extent any response is required, MSK Defendants aver that this

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

paragraph of the TAC sets forth allegations against all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants and on that basis deny such allegations.  MSK Defendants do not contest venue in this District or personal jurisdiction over them. Except as expressly admitted, MSK Defendants deny the allegations in Paragraph 3.

## **PARTIES**

4.      MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4, and on that basis deny each and every allegation contained therein.

5.      MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5, and on that basis deny each and every allegation contained therein.

6.      MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6, and on that basis deny each and every allegation contained therein.

7.      Paragraph 7 contains legal conclusions to which no response is required.  To the extent any response is required, UMG admits that it is an entity that is authorized to conduct business in the United States, it regularly conducts business in this judicial district, and it maintains offices in Los Angeles County, but denies that it "participated in, facilitated, or encouraged" any wrongful conduct, including without limitation any allegedly "wrongful conduct" alleged in the TAC, and denies all other allegations of this Paragraph.  Except as expressly admitted, UMG denies the allegations in Paragraph 7.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

allegations contained in Paragraph 7, and on that basis denies each and every allegation contained therein.

8.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8, and on that basis deny each and every allegation contained therein.

9.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9, and on that basis deny each and every allegation contained therein.

10.    MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10, and on that basis deny each and every allegation contained therein.

11.    MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11, and on that basis deny each and every allegation contained therein.

12.    MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12, and on that basis deny each and every allegation contained therein.

13.    Paragraph 13 contains legal conclusions to which no response is required.  To the extent any response is required, Money Mack admits that it is a music publisher that regularly conducts business in this judicial district, and it maintains offices in Louisiana, but denies that it "participated in, facilitated, or encouraged" any wrongful conduct, including without limitation any allegedly "wrongful conduct" alleged in the TAC, and denies all other allegations of this Paragraph.  Except as expressly admitted, Money Mack denies the allegations in Paragraph 13.  UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13, and on that basis denies each and every allegation contained therein.

14.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14, and on that basis deny each and every allegation contained therein.

15.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15, and on that basis deny each and every allegation contained therein.

16.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16, and on that basis deny each and every allegation contained therein.

17.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17, and on that basis deny each and every allegation contained therein.  MSK Defendants further aver that this Paragraph erroneously references the "SAC" rather than the TAC.

## FACTS COMMON TO ALL CLAIMS

18.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18, and on that basis deny each and every allegation contained therein.

19.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19, and on that basis deny each and every allegation contained therein.

20.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20, and on that basis deny each and every allegation contained therein.

21.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21, and on that basis deny each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

22.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22, and on that basis deny each and every allegation contained therein.

23.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23, and on that basis deny each and every allegation contained therein.

24.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24, and on that basis deny each and every allegation contained therein.

25.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25, and on that basis deny each and every allegation contained therein.

26.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26, and on that basis deny each and every allegation contained therein.

27.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27, and on that basis deny each and every allegation contained therein.

28.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28, and on that basis deny each and every allegation contained therein.

29.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29, and on that basis deny each and every allegation contained therein.

30.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30, and on that basis deny each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

31.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31, and on that basis deny each and every allegation contained therein.

32.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32, and on that basis deny each and every allegation contained therein.

33.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33, and on that basis deny each and every allegation contained therein.

34.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34, and on that basis deny each and every allegation contained therein.

35.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35, and on that basis deny each and every allegation contained therein.

36.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36, and on that basis deny each and every allegation contained therein.

37.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37, and on that basis deny each and every allegation contained therein.

38.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38, and on that basis deny each and every allegation contained therein.

39.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39, and on that basis deny each and every allegation contained therein.

40.     Paragraph 40 contains legal conclusions to which no response is required.  To the extent any response is required, MSK Defendants aver that this Paragraph sets forth allegations against all defendants in this action collectively. MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants and on that basis deny such allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 40, MSK Defendants deny each and every such allegation.

41.     Paragraph 41 contains legal conclusions to which no response is required.  To the extent any response is required, MSK Defendants aver that this Paragraph sets forth allegations against all defendants in this action collectively. MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants and on that basis deny such allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 41, MSK Defendants deny each and every such allegation.

42.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42, and on that basis deny each and every allegation contained therein.

43.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43, and on that basis deny each and every allegation contained therein.

44.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44, and on that basis deny each and every allegation contained therein.

45.     UMG denies the allegations in Paragraph 45.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 45, and on that basis denies each and every allegation contained therein.

46.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46, and on that basis deny each and every allegation contained therein.

47.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47, and on that basis deny each and every allegation contained therein.

48.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48, and on that basis deny each and every allegation contained therein.

49.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49, and on that basis deny each and every allegation contained therein.

50.     Money Mack denies the allegations in Paragraph 50.  UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50, and on that basis denies each and every allegation contained therein.

51.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51, and on that basis deny each and every allegation contained therein.

52.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52, and on that basis deny each and every allegation contained therein.

53.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53, and on that basis deny each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

54.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54, and on that basis deny each and every allegation contained therein.

55.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55, and on that basis deny each and every allegation contained therein.

56.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56, and on that basis deny each and every allegation contained therein.

57.     UMG denies the allegations in Paragraph 57, including but not limited to that "*I Lied*" is an "infringing work" and that "*The Pinkprint*" is an "infringing album."   Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57, and on that basis denies each and every allegation contained therein.

58.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58, and on that basis deny each and every allegation contained therein.

59.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59, and on that basis deny each and every allegation contained therein.

60.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60, and on that basis deny each and every allegation contained therein.

61.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61, and on that basis deny each and every allegation contained therein.

62.     Money Mack admits that in or around December of 2014, it was involved in licensing a portion of the composition "*I Lied*," and denies the

remaining allegations in this Paragraph 62, including but not limited to that "*I Lied*" is an "infringing work" and that "*The Pinkprint*" is an "infringing album." UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62, and on that basis denies each and every allegation contained therein.

63.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63, and on that basis deny each and every allegation contained therein.

64.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64, and on that basis deny each and every allegation contained therein.

65.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65, and on that basis deny each and every allegation contained therein.

66.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66, and on that basis deny each and every allegation contained therein.

67.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67, and on that basis deny each and every allegation contained therein.

68.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68, and on that basis deny each and every allegation contained therein.

69.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69, and on that basis deny each and every allegation contained therein.

70.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70, and on that basis deny each and every allegation contained therein.

71.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71, and on that basis deny each and every allegation contained therein.

72.     Paragraph 72 contains legal conclusions to which no response is required.  To the extent any response is required, MSK Defendants deny the allegations in Paragraph 72.

73.     MSK Defendants deny the allegations in Paragraph 73.

74.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74, and on that basis deny each and every allegation contained therein.

75.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75, and on that basis deny each and every allegation contained therein.

76.     Paragraph 76 contains legal conclusions to which no response is required.  To the extent any response is required, MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76, and on that basis denies each and every allegation contained therein.

77.     Paragraph 77 contains legal conclusions to which no response is required.  To the extent any response is required, MSK Defendants deny the allegations in Paragraph 77.

78.     Paragraph 78 contains legal conclusions to which no response is required.  To the extent any response is required, MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained

Mitchell Silberberg & Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

1  in Paragraph 78, and on that basis deny each and every allegation contained

2  therein.

3     79. Paragraph 79 contains legal conclusions to which no response is

4  required.  To the extent any response is required, MSK Defendants deny the

5  allegations in Paragraph 79.

6     80. This paragraph of the TAC sets forth allegations against all defendants

7  in this action collectively.  MSK Defendants are without knowledge or information

8  sufficient to form a belief as to the truth of the allegations of this Paragraph as to

9  defendants other than MSK Defendants, and on that basis deny such allegations.

10 As to allegations pertaining specifically to MSK Defendants in this Paragraph 80,

11 MSK Defendants deny any such allegations.

12    81. This paragraph of the TAC sets forth allegations against all defendants

13 in this action collectively.  MSK Defendants are without knowledge or information

14 sufficient to form a belief as to the truth of the allegations of this Paragraph as to

15 defendants other than MSK Defendants, and on that basis deny said allegations.

16 As to allegations pertaining specifically to MSK Defendants in this Paragraph 81,

17 MSK Defendants deny any such allegations.

18    82. This paragraph of the TAC sets forth allegations against all defendants

19 in this action collectively.  MSK Defendants are without knowledge or information

20 sufficient to form a belief as to the truth of the allegations of this Paragraph as to

21 defendants other than MSK Defendants, and on that basis deny said allegations.

22 As to allegations pertaining specifically to MSK Defendants in this Paragraph 82,

23 MSK Defendants deny any such allegations.

24    83. Paragraph 83 contains legal conclusions to which no response is

25 required.  To the extent any response is required, this Paragraph of the TAC sets

26 forth allegations against all defendants in this action collectively.  MSK

27 Defendants are without knowledge or information sufficient to form a belief as to

28 the truth of the allegations of this Paragraph as to defendants other than MSK

Mitchell
Silberberg &
Knupp LLP

13

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

1  Defendants, and on that basis deny said allegations.  As to allegations pertaining

2  specifically to MSK Defendants in this Paragraph 83, MSK Defendants deny any

3  such allegations.

4          84.      Paragraph 84 contains legal conclusions to which no response is

5  required.  To the extent any response is required, MSK Defendants deny any such

6  allegations.

7          85.      Paragraph 85 contains legal conclusions to which no response is

8  required.  To the extent any response is required, this Paragraph of the TAC sets

9  forth allegations against all defendants in this action collectively.  MSK

10  Defendants are without knowledge or information sufficient to form a belief as to

11  the truth of the allegations of this Paragraph as to defendants other than MSK

12  Defendants, and on that basis deny said allegations.  As to allegations pertaining

13  specifically to MSK Defendants in this Paragraph 85, MSK Defendants deny any

14  such allegations.

15          86.      Paragraph 86 contains legal conclusions to which no response is

16  required.  To the extent any response is required, this Paragraph of the TAC sets

17  forth allegations against all defendants in this action collectively.  MSK

18  Defendants are without knowledge or information sufficient to form a belief as to

19  the truth of the allegations of this Paragraph as to defendants other than MSK

20  Defendants, and on that basis and denies said allegations.  As to allegations

21  pertaining specifically to MSK Defendants in this Paragraph 86, MSK Defendants

22  deny any such allegations.

23          87.      Paragraph 87 contains legal conclusions to which no response is

24  required.  To the extent any response is required, this Paragraph of the TAC sets

25  forth allegations against all defendants in this action collectively.  MSK

26  Defendants are without knowledge or information sufficient to form a belief as to

27  the truth of the allegations of this Paragraph as to defendants other than MSK

28  Defendants, and on that basis and denies said allegations.  As to allegations

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

pertaining specifically to MSK Defendants in this Paragraph 87, MSK Defendants deny any such allegations.

88.  This paragraph of the TAC sets forth allegations against all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 88, MSK Defendants deny any such allegations.

89.  This paragraph of the TAC sets forth allegations against all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 89, MSK Defendants deny any such allegations.

90.  Paragraph 90 contains legal conclusions to which no response is required.  To the extent any response is required, this Paragraph of the TAC sets forth allegations against all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis and denies said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 90, MSK Defendants deny any such allegations.

91.  This paragraph of the TAC sets forth allegations against all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 91, MSK Defendants deny any such allegations.

92.     MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92, and on that basis denies each and every allegation contained therein.

93.     This paragraph of the TAC sets forth allegations against all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 93, MSK Defendants deny any such allegations.

94.     This paragraph of the TAC sets forth allegations against all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 94, MSK Defendants deny any such allegations.

95.     This paragraph of the TAC sets forth allegations against all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 95, MSK Defendants deny any such allegations.

96.     This paragraph of the TAC sets forth allegations against all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 96, MSK Defendants deny any such allegations.

97.     UMG denies the allegations in Paragraph 97, including but not limited to that "*I Lied*" is an "infringing work."  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97, and on that basis denies each and every allegation contained therein.

98.     This paragraph of the TAC sets forth allegations against all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 98, MSK Defendants deny any such allegations.

99.     This paragraph of the TAC sets forth allegations against all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 99, MSK Defendants deny any such allegations.

100.    This paragraph of the TAC sets forth allegations against all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 100, MSK Defendants deny any such allegations.

101.    This paragraph of the TAC sets forth allegations against all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 101, MSK Defendants deny any such allegations.

Mitchell
Silberberg &
Knupp LLP

1       102.   Money Mack admits that it was involved in licensing a portion of the

2   composition "*I Lied*," and denies the remaining allegations in this Paragraph 102,

3   including but not limited to that "*I Lied*" is an "infringing work."  UMG lacks

4   knowledge or information sufficient to form a belief as to the truth of the

5   allegations contained in Paragraph 102, and on that basis denies each and every

6   allegation contained therein.

7       103.   This paragraph of the TAC sets forth allegations against all defendants

8   in this action collectively.  MSK Defendants are without knowledge or information

9   sufficient to form a belief as to the truth of the allegations of this Paragraph as to

10  defendants other than MSK Defendants, and on that basis deny said allegations.

11  As to allegations pertaining specifically to MSK Defendants in this Paragraph 103,

12  MSK Defendants deny any such allegations.

13      104.   This paragraph of the TAC sets forth allegations against all defendants

14  in this action collectively.  MSK Defendants are without knowledge or information

15  sufficient to form a belief as to the truth of the allegations of this Paragraph as to

16  defendants other than MSK Defendants, and on that basis deny said allegations.

17  As to allegations pertaining specifically to MSK Defendants in this Paragraph 104,

18  MSK Defendants deny any such allegations.

19      105.   This paragraph of the TAC sets forth allegations against all defendants

20  in this action collectively.  MSK Defendants are without knowledge or information

21  sufficient to form a belief as to the truth of the allegations of this Paragraph as to

22  defendants other than MSK Defendants, and on that basis deny said allegations.

23  As to allegations pertaining specifically to MSK Defendants in this Paragraph 105,

24  MSK Defendants deny any such allegations.

25      106.   This paragraph of the TAC sets forth allegations against all defendants

26  in this action collectively.  MSK Defendants are without knowledge or information

27  sufficient to form a belief as to the truth of the allegations of this Paragraph as to

28  defendants other than MSK Defendants, and on that basis deny said allegations.

As to allegations pertaining specifically to MSK Defendants in this Paragraph 106, MSK Defendants deny any such allegations.

107.    This paragraph of the TAC sets forth allegations against all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 107, MSK Defendants deny any such allegations.

108.    This paragraph of the TAC sets forth allegations against all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 108, MSK Defendants deny any such allegations.

109.    UMG denies the allegations in Paragraph 109, including but not limited to that "*I Lied*" is an "infringing work."  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109, and on that basis denies each and every allegation contained therein.

110.    This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 110, MSK Defendants deny any such allegations.

111.    This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants

are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 111, MSK Defendants deny any such allegations.

112.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 112, MSK Defendants deny any such allegations.

113.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 113, MSK Defendants deny any such allegations.

114.   Money Mack admits that it was involved in licensing a portion of the composition "*I Lied*," and denies the remaining allegations in this Paragraph 114, including but not limited to that "*I Lied*" is an "infringing work."  UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114, and on that basis denies each and every allegation contained therein.

115.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of

Mitchell
Silberberg &
Knupp LLP

20

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

1  the allegations of this Paragraph as to defendants other than MSK Defendants, and

2  on that basis deny said allegations.  As to allegations pertaining specifically to

3  MSK Defendants in this Paragraph 115, MSK Defendants deny any such

4  allegations.

5  116.   This paragraph of the TAC sets forth allegations against certain other

6  defendants, as well as all defendants in this action collectively.  MSK Defendants

7  are without knowledge or information sufficient to form a belief as to the truth of

8  the allegations of this Paragraph as to defendants other than MSK Defendants, and

9  on that basis deny said allegations.  As to allegations pertaining specifically to

10  MSK Defendants in this Paragraph 116, MSK Defendants deny any such

11  allegations.

12  117.   This paragraph of the TAC sets forth allegations against certain other

13  defendants, as well as all defendants in this action collectively.  MSK Defendants

14  are without knowledge or information sufficient to form a belief as to the truth of

15  the allegations of this Paragraph as to defendants other than MSK Defendants, and

16  on that basis deny said allegations.  As to allegations pertaining specifically to

17  MSK Defendants in this Paragraph 117, MSK Defendants deny any such

18  allegations.

19  118.   This paragraph of the TAC sets forth allegations against certain other

20  defendants, as well as all defendants in this action collectively.  MSK Defendants

21  are without knowledge or information sufficient to form a belief as to the truth of

22  the allegations of this Paragraph as to defendants other than MSK Defendants, and

23  on that basis deny said allegations.  As to allegations pertaining specifically to

24  MSK Defendants in this Paragraph 118, MSK Defendants deny any such

25  allegations.

26  119.   This paragraph of the TAC sets forth allegations against certain other

27  defendants, as well as all defendants in this action collectively.  MSK Defendants

28  are without knowledge or information sufficient to form a belief as to the truth of

Mitchell
Silberberg &
Knupp LLP

21

the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 119, MSK Defendants deny any such allegations.

120. This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively. MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 120, MSK Defendants deny any such allegations.

121. UMG admits that "*I Lied*" was "performed or broadcast" in California, denies that the foregoing required the "permission or consent" of Plaintiff, and denies all other allegations of this Paragraph 121. Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 121, and on that basis denies each and every allegation contained therein.

122. This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively. MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 122, MSK Defendants deny any such allegations.

123. This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively. MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 123, MSK Defendants deny any such allegations.

124.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 124, MSK Defendants deny any such allegations.

125.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 125, MSK Defendants deny any such allegations.

126.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 126, and on that basis deny each and every allegation contained therein.

127.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 127, MSK Defendants deny any such allegations.

Mitchell
Silberberg &
Knupp LLP

128.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 128, MSK Defendants deny any such allegations.

129.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 129, MSK Defendants deny any such allegations.

130.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 130, MSK Defendants deny any such allegations.

131.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 131, MSK Defendants deny any such allegations.

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

132.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 132, MSK Defendants deny any such allegations.

133.   UMG denies the allegations in Paragraph 133.   Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133, and on that basis denies each and every allegation contained therein.

134.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 134, MSK Defendants deny any such allegations.

135.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 135, MSK Defendants deny any such allegations.

136.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of

the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 136, MSK Defendants deny any such allegations.

137.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 137, MSK Defendants deny any such allegations.

138.   Money Mack admits that it was involved in licensing a portion of the composition "*I Lied*," and denies the remaining allegations in this Paragraph 138.  UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138, and on that basis denies each and every allegation contained therein.

139.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 139, MSK Defendants deny any such allegations.

140.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to

Mitchell Silberberg & Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

MSK Defendants in this Paragraph 140, MSK Defendants deny any such allegations.

141.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 141, MSK Defendants deny any such allegations.

142.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 142, MSK Defendants deny any such allegations.

143.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 143, MSK Defendants deny any such allegations.

144.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to

Mitchell
Silberberg &
Knupp LLP

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

1    MSK Defendants in this Paragraph 144, MSK Defendants deny any such

2    allegations.

3        145.    UMG denies the allegations in Paragraph 145.  Money Mack lacks

4    knowledge or information sufficient to form a belief as to the truth of the

5    allegations contained in Paragraph 145, and on that basis denies each and every

6    allegation contained therein.

7        146.    This paragraph of the TAC sets forth allegations against certain other

8    defendants, as well as all defendants in this action collectively.  MSK Defendants

9    are without knowledge or information sufficient to form a belief as to the truth of

10   the allegations of this Paragraph as to defendants other than MSK Defendants, and

11   on that basis deny said allegations.  As to allegations pertaining specifically to

12   MSK Defendants in this Paragraph 146, MSK Defendants deny any such

13   allegations.

14       147.    This paragraph of the TAC sets forth allegations against certain other

15   defendants, as well as all defendants in this action collectively.  MSK Defendants

16   are without knowledge or information sufficient to form a belief as to the truth of

17   the allegations of this Paragraph as to defendants other than MSK Defendants, and

18   on that basis deny said allegations.  As to allegations pertaining specifically to

19   MSK Defendants in this Paragraph 147, MSK Defendants deny any such

20   allegations.

21       148.    This paragraph of the TAC sets forth allegations against certain other

22   defendants, as well as all defendants in this action collectively.  MSK Defendants

23   are without knowledge or information sufficient to form a belief as to the truth of

24   the allegations of this Paragraph as to defendants other than MSK Defendants, and

25   on that basis deny said allegations.  As to allegations pertaining specifically to

26   MSK Defendants in this Paragraph 148, MSK Defendants deny any such

27   allegations.

28

149.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 149, MSK Defendants deny any such allegations.

150.   Money Mack denies the allegations in Paragraph 150.  UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 150, and on that basis denies each and every allegation contained therein.

151.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 151, MSK Defendants deny any such allegations.

152.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 152, MSK Defendants deny any such allegations.

153.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of

the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 153, MSK Defendants deny any such allegations.

154. This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively. MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 154, MSK Defendants deny any such allegations.

155. This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively. MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 155, MSK Defendants deny any such allegations.

156. This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively. MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations. As to allegations pertaining specifically to MSK Defendants in this Paragraph 156, MSK Defendants deny any such allegations.

157. UMG denies the allegations in Paragraph 157. Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

Mitchell
Silberberg &
Knupp LLP

allegations contained in Paragraph 157, and on that basis denies each and every allegation contained therein.

158.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 158, MSK Defendants deny any such allegations.

159.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 159, MSK Defendants deny any such allegations.

160.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 160, MSK Defendants deny any such allegations.

161.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to

1   MSK Defendants in this Paragraph 161, MSK Defendants deny any such

2   allegations.

3        162.   Money Mack denies the allegations in Paragraph 162.  UMG lacks

4   knowledge or information sufficient to form a belief as to the truth of the

5   allegations contained in Paragraph 162, and on that basis denies each and every

6   allegation contained therein.

7        163.   This paragraph of the TAC sets forth allegations against certain other

8   defendants, as well as all defendants in this action collectively.  MSK Defendants

9   are without knowledge or information sufficient to form a belief as to the truth of

10  the allegations of this Paragraph as to defendants other than MSK Defendants, and

11  on that basis deny said allegations.  As to allegations pertaining specifically to

12  MSK Defendants in this Paragraph 163, MSK Defendants deny any such

13  allegations.

14       164.   This paragraph of the TAC sets forth allegations against certain other

15  defendants, as well as all defendants in this action collectively.  MSK Defendants

16  are without knowledge or information sufficient to form a belief as to the truth of

17  the allegations of this Paragraph as to defendants other than MSK Defendants, and

18  on that basis deny said allegations.  As to allegations pertaining specifically to

19  MSK Defendants in this Paragraph 164, MSK Defendants deny any such

20  allegations.

21       165.   This paragraph of the TAC sets forth allegations against certain other

22  defendants, as well as all defendants in this action collectively.  MSK Defendants

23  are without knowledge or information sufficient to form a belief as to the truth of

24  the allegations of this Paragraph as to defendants other than MSK Defendants, and

25  on that basis deny said allegations.  As to allegations pertaining specifically to

26  MSK Defendants in this Paragraph 165, MSK Defendants deny any such

27  allegations.

28

166.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166, and on that basis deny each and every allegation contained therein.

167.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167, and on that basis deny each and every allegation contained therein.

168.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168, and on that basis deny each and every allegation contained therein.

169.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169, and on that basis deny each and every allegation contained therein.

170.   UMG denies the allegations in Paragraph 170.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 170, and on that basis denies each and every allegation contained therein.

171.   Paragraph 171 contains legal conclusions to which no response is required.  To the extent any response is required, MSK Defendants deny the allegations in Paragraph 171.

172.   Paragraph 172 contains legal conclusions to which no response is required.  To the extent any response is required, this Paragraph of the TAC sets forth allegations against all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants on that basis and denies said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 172, MSK Defendants deny any such allegations.

1    173.   Paragraph 173 contains legal conclusions to which no response is

2  required.  To the extent any response is required, this Paragraph of the TAC sets

3  forth allegations against all defendants in this action collectively.  MSK

4  Defendants are without knowledge or information sufficient to form a belief as to

5  the truth of the allegations of this Paragraph as to defendants other than MSK

6  Defendants on that basis and denies said allegations.  As to allegations pertaining

7  specifically to MSK Defendants in this Paragraph 173, MSK Defendants deny any

8  such allegations.

9    174.   Paragraph 174 contains legal conclusions to which no response is

10  required.  To the extent any response is required, this Paragraph of the TAC sets

11  forth allegations against all defendants in this action collectively.  MSK

12  Defendants are without knowledge or information sufficient to form a belief as to

13  the truth of the allegations of this Paragraph as to defendants other than MSK

14  Defendants on that basis and denies said allegations.  As to allegations pertaining

15  specifically to MSK Defendants in this Paragraph 174, MSK Defendants deny any

16  such allegations.

17    175.   Paragraph 175 contains legal conclusions to which no response is

18  required.  To the extent any response is required, this Paragraph of the TAC sets

19  forth allegations against all defendants in this action collectively.  MSK

20  Defendants are without knowledge or information sufficient to form a belief as to

21  the truth of the allegations of this Paragraph as to defendants other than MSK

22  Defendants on that basis and denies said allegations.  As to allegations pertaining

23  specifically to MSK Defendants in this Paragraph 175, MSK Defendants deny any

24  such allegations.

25    176.   Paragraph 176 contains legal conclusions to which no response is

26  required.  To the extent any response is required, this Paragraph of the TAC sets

27  forth allegations against all defendants in this action collectively.  MSK

28  Defendants are without knowledge or information sufficient to form a belief as to

the truth of the allegations of this Paragraph as to defendants other than MSK Defendants on that basis and denies said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 176, MSK Defendants deny any such allegations.

## COUNT I
## COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 501 et seq.)

177.   MSK Defendants re-allege and incorporate herein by reference their responses to Paragraphs 1-176 above, inclusive, as though fully set forth herein.

178.   Paragraph 178 contains legal conclusions to which no response is required.  To the extent any response is required, MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph, and on that basis and deny said allegations.

179.   This Paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 179, MSK Defendants deny any such allegations.

180.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 180, and on that basis deny each and every allegation contained therein.

181.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 181, and on that basis deny each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

1    182.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182, and on that basis deny each and every allegation contained therein.

183.   This Paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to UMG in this Paragraph 183, UMG denies the allegations contained therein.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations pertaining to UMG in this Paragraph 183, and on that basis denies each and every allegation contained therein.

184.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184, and on that basis deny each and every allegation contained therein.

185.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185, and on that basis deny each and every allegation contained therein.

186.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186, and on that basis deny each and every allegation contained therein.

187.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187, and on that basis deny each and every allegation contained therein.

188.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188, and on that basis deny each and every allegation contained therein.

189.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189, and on that basis deny each and every allegation contained therein.

190.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190, and on that basis deny each and every allegation contained therein.

191.   UMG denies the allegations in Paragraph 191.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 191, and on that basis denies each and every allegation contained therein.

192.   UMG denies the allegations in Paragraph 192.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 192, and on that basis denies each and every allegation contained therein.

193.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 193, and on that basis deny each and every allegation contained therein.

194.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 194, and on that basis deny each and every allegation contained therein.

195.   UMG denies the allegations in Paragraph 195.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 195, and on that basis denies each and every allegation contained therein.

196.   UMG denies the allegations in Paragraph 196.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 196, and on that basis denies each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

197.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 197, and on that basis deny each and every allegation contained therein.

198.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 198, and on that basis deny each and every allegation contained therein.

199.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 199, and on that basis deny each and every allegation contained therein.

200.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 200, and on that basis deny each and every allegation contained therein.

201.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 201, and on that basis deny each and every allegation contained therein.

202.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 202, and on that basis deny each and every allegation contained therein.

203.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 203, and on that basis deny each and every allegation contained therein.

204.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 204, and on that basis deny each and every allegation contained therein.

205.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 205, and on that basis deny each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

206.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 206, and on that basis deny each and every allegation contained therein.

207.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 207, and on that basis deny each and every allegation contained therein.

208.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 208, and on that basis deny each and every allegation contained therein.

209.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 209, and on that basis deny each and every allegation contained therein.

210.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 210, and on that basis deny each and every allegation contained therein.

211.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 211, and on that basis deny each and every allegation contained therein.

212.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 212, and on that basis deny each and every allegation contained therein.

213.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 213, and on that basis deny each and every allegation contained therein.

214.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 214, and on that basis deny each and every allegation contained therein.

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

215.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 215, and on that basis deny each and every allegation contained therein.

216.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 216, and on that basis deny each and every allegation contained therein.

217.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 217, and on that basis deny each and every allegation contained therein.

218.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 218, and on that basis deny each and every allegation contained therein.

219.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 219, and on that basis deny each and every allegation contained therein.

220.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 220, and on that basis deny each and every allegation contained therein.

221.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 221, and on that basis deny each and every allegation contained therein.

222.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 222, and on that basis deny each and every allegation contained therein.

223.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 223, and on that basis deny each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

224.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 224, and on that basis deny each and every allegation contained therein.

225.   UMG denies the allegations in Paragraph 225.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 225, and on that basis denies each and every allegation contained therein.

226.   UMG denies the allegations in Paragraph 226.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 226, and on that basis denies each and every allegation contained therein.

227.   UMG denies the allegations in Paragraph 227, including but not limited to because it denies that any permission from Plaintiff was required. Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 227, and on that basis denies each and every allegation contained therein.

228.   UMG denies the allegations in Paragraph 228.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 228, and on that basis denies each and every allegation contained therein.

229.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 229, and on that basis deny each and every allegation contained therein.

230.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 230, and on that basis deny each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

231.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 231, and on that basis deny each and every allegation contained therein.

232.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 232, and on that basis deny each and every allegation contained therein.

233.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 233, and on that basis deny each and every allegation contained therein.

234.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 234, and on that basis deny each and every allegation contained therein.

235.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 235, and on that basis deny each and every allegation contained therein.

236.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 236, and on that basis deny each and every allegation contained therein.

237.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 237, and on that basis deny each and every allegation contained therein.

238.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 238, and on that basis deny each and every allegation contained therein.

239.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 239, and on that basis deny each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

240.   Money Mack denies the allegations in Paragraph 240.  UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 240, and on that basis denies each and every allegation contained therein.

241.   Money Mack denies the allegations in Paragraph 241.  UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 241, and on that basis denies each and every allegation contained therein.

242.   Money Mack denies the allegations in Paragraph 242, including but not limited to because it denies that any permission from Plaintiff was required. UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 242, and on that basis denies each and every allegation contained therein.

243.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 243, and on that basis deny each and every allegation contained therein.

244.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 244, and on that basis deny each and every allegation contained therein.

245.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 245, and on that basis deny each and every allegation contained therein.

246.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 246, and on that basis deny each and every allegation contained therein.

247.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 247, and on that basis deny each and every allegation contained therein.

248.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 248, and on that basis deny each and every allegation contained therein.

249.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 249, and on that basis deny each and every allegation contained therein.

250.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 250, and on that basis deny each and every allegation contained therein.

251.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 251, and on that basis deny each and every allegation contained therein.

252.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 252, and on that basis deny each and every allegation contained therein.

253.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 253, and on that basis deny each and every allegation contained therein.

254.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 254, and on that basis deny each and every allegation contained therein.

255.   UMG denies the allegations in Paragraph 255.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 255, and on that basis denies each and every allegation contained therein.

256.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 256, and on that basis deny each and every allegation contained therein.

Mitchell Silberberg & Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

257.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 257, and on that basis deny each and every allegation contained therein.

258.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 258, and on that basis deny each and every allegation contained therein.

259.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 259, and on that basis deny each and every allegation contained therein.

260.   Money Mack denies the allegations in Paragraph 260.  UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 260, and on that basis denies each and every allegation contained therein.

261.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 261, and on that basis deny each and every allegation contained therein.

262.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 262, and on that basis deny each and every allegation contained therein.

263.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 263, and on that basis deny each and every allegation contained therein.

264.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 264, and on that basis deny each and every allegation contained therein.

265.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 265, and on that basis deny each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

266.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 266, and on that basis deny each and every allegation contained therein.

267.   UMG denies the allegations in Paragraph 267.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 267, and on that basis denies each and every allegation contained therein.

268.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 268, and on that basis deny each and every allegation contained therein.

269.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 269, and on that basis deny each and every allegation contained therein.

270.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 270, and on that basis deny each and every allegation contained therein.

271.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 271, and on that basis deny each and every allegation contained therein.

272.   Money Mack denies the allegations in Paragraph 272.  UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 272, and on that basis denies each and every allegation contained therein.

273.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 273, and on that basis deny each and every allegation contained therein.

274.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 274, and on that basis deny each and every allegation contained therein.

275.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 275, and on that basis deny each and every allegation contained therein.

276.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 276, and on that basis deny each and every allegation contained therein.

277.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 277, and on that basis deny each and every allegation contained therein.

278.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 278, and on that basis deny each and every allegation contained therein.

279.   UMG denies the allegations in Paragraph 279.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 279, and on that basis denies each and every allegation contained therein.

280.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 280, and on that basis deny each and every allegation contained therein.

281.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 281, and on that basis deny each and every allegation contained therein.

282.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 282, and on that basis deny each and every allegation contained therein.

283.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 283, and on that basis deny each and every allegation contained therein.

284.   Money Mack admits that it was involved in licensing a portion of the composition "*I Lied*," but denies the remaining allegations of this Paragraph 284. UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 284, and on that basis denies each and every allegation contained therein.

285.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 285, and on that basis deny each and every allegation contained therein.

286.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 286, and on that basis deny each and every allegation contained therein.

287.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 287, and on that basis deny each and every allegation contained therein.

288.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 288, MSK Defendants deny any such allegations.

289.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 289, and on that basis deny each and every allegation contained therein.

290.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 290, and on that basis deny each and every allegation contained therein.

291.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 291, and on that basis deny each and every allegation contained therein.

292.   UMG denies the allegations in Paragraph 292.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 292, and on that basis denies each and every allegation contained therein.

293.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 293, and on that basis deny each and every allegation contained therein.

294.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 294, and on that basis deny each and every allegation contained therein.

295.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 295, and on that basis deny each and every allegation contained therein.

296.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 296, and on that basis deny each and every allegation contained therein.

297.   Money Mack denies the allegations in Paragraph 297.  UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 297, and on that basis denies each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

298.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 298, and on that basis deny each and every allegation contained therein.

299.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 299, and on that basis deny each and every allegation contained therein.

300.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 300, and on that basis deny each and every allegation contained therein.

301.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 301, and on that basis deny each and every allegation contained therein.

302.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 302, and on that basis deny each and every allegation contained therein.

303.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 303, and on that basis deny each and every allegation contained therein.

304.   Paragraph 304 contains legal conclusions to which no response is required.  To the extent any response is required, UMG denies the allegations in Paragraph 304.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 304, and on that basis denies each and every allegation contained therein.

305.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 305, and on that basis deny each and every allegation contained therein.

1    306.   MSK Defendants lack knowledge or information sufficient to form a

2    belief as to the truth of the allegations contained in Paragraph 306, and on that

3    basis deny each and every allegation contained therein.

4    307.   MSK Defendants lack knowledge or information sufficient to form a

5    belief as to the truth of the allegations contained in Paragraph 307, and on that

6    basis deny each and every allegation contained therein.

7    308.   MSK Defendants lack knowledge or information sufficient to form a

8    belief as to the truth of the allegations contained in Paragraph 308, and on that

9    basis deny each and every allegation contained therein.

10    309.   Paragraph 309 contains legal conclusions to which no response is

11    required.  To the extent any response is required, Money Mack denies the

12    allegations in Paragraph 309.  UMG lacks knowledge or information sufficient to

13    form a belief as to the truth of the allegations contained in Paragraph 309, and on

14    that basis denies each and every allegation contained therein.

15    310.   MSK Defendants lack knowledge or information sufficient to form a

16    belief as to the truth of the allegations contained in Paragraph 310, and on that

17    basis deny each and every allegation contained therein.

18    311.   MSK Defendants lack knowledge or information sufficient to form a

19    belief as to the truth of the allegations contained in Paragraph 311, and on that

20    basis deny each and every allegation contained therein.

21    312.   MSK Defendants lack knowledge or information sufficient to form a

22    belief as to the truth of the allegations contained in Paragraph 312, and on that

23    basis deny each and every allegation contained therein.

24    313.   This Paragraph of the TAC sets forth allegations against certain other

25    defendants, as well as all defendants in this action collectively.  MSK Defendants

26    are without knowledge or information sufficient to form a belief as to the truth of

27    the allegations of this Paragraph as to defendants other than MSK Defendants, and

28

1    on that basis deny said allegations.  As to allegations pertaining specifically to

2    MSK Defendants in this Paragraph 313, MSK Defendants deny such allegations.

3        314.   This Paragraph of the TAC sets forth allegations against certain other

4    defendants, as well as all defendants in this action collectively.  MSK Defendants

5    are without knowledge or information sufficient to form a belief as to the truth of

6    the allegations of this Paragraph as to defendants other than MSK Defendants, and

7    on that basis deny said allegations.  As to allegations pertaining specifically to

8    MSK Defendants in this Paragraph 314, MSK Defendants deny each and every

9    allegation contained therein.

10       315.   This paragraph of the TAC sets forth allegations against certain other

11   defendants, as well as all defendants in this action collectively.  MSK Defendants

12   are without knowledge or information sufficient to form a belief as to the truth of

13   the allegations of this Paragraph as to defendants other than MSK Defendants, and

14   on that basis deny said allegations.  As to allegations pertaining specifically to

15   MSK Defendants in this Paragraph 315, MSK Defendants deny each and every

16   allegation contained therein.

17       316.   This paragraph of the TAC sets forth allegations against certain other

18   defendants, as well as all defendants in this action collectively.  MSK Defendants

19   are without knowledge or information sufficient to form a belief as to the truth of

20   the allegations of this Paragraph as to defendants other than MSK Defendants, and

21   on that basis deny said allegations.  As to allegations pertaining specifically to

22   MSK Defendants in this Paragraph 316, MSK Defendants deny each and every

23   allegation contained therein.

24       317.   Paragraph 317 contains legal conclusions to which no response is

25   required.  To the extent any response is required, this Paragraph of the TAC sets

26   forth allegations against all defendants in this action collectively.  MSK

27   Defendants are without knowledge or information sufficient to form a belief as to

28   the truth of the allegations of this Paragraph as to defendants other than MSK

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendants, and on that basis and denies said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 317, MSK Defendants deny any such allegations.

318.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 318, MSK Defendants deny each and every allegation contained therein.

319.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 319, MSK Defendants deny each and every allegation contained therein.

## COUNT II
## VICARIOUS COPYRIGHT INFRINGEMENT

320.   MSK Defendants re-allege and incorporate herein by reference their responses to Paragraphs 1-319 above, inclusive, as though fully set forth herein.

321.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 321, and on that basis deny each and every allegation contained therein.

322.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 322, and on that basis deny each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

323.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 323, and on that basis deny each and every allegation contained therein.

324.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 324, and on that basis deny each and every allegation contained therein.

325.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 325, and on that basis deny each and every allegation contained therein.

326.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 326, and on that basis deny each and every allegation contained therein.

327.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 327, and on that basis deny each and every allegation contained therein.

328.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 328, and on that basis deny each and every allegation contained therein.

329.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 329, and on that basis deny each and every allegation contained therein.

330.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 330, and on that basis deny each and every allegation contained therein.

331.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 331, and on that basis deny each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

1        332.   MSK Defendants lack knowledge or information sufficient to form a

2   belief as to the truth of the allegations contained in Paragraph 332, and on that

3   basis deny each and every allegation contained therein.

4        333.   Paragraph 333 contains legal conclusions to which no response is

5   required.  To the extent any response is required, UMG denies the allegations in

6   Paragraph 333.  Money Mack lacks knowledge or information sufficient to form a

7   belief as to the truth of the allegations contained in Paragraph 333, and on that

8   basis denies each and every allegation contained therein.

9        334.   UMG denies the allegations in Paragraph 334.  Money Mack lacks

10   knowledge or information sufficient to form a belief as to the truth of the

11   allegations contained in Paragraph 334, and on that basis denies each and every

12   allegation contained therein.

13        335.   Paragraph 335 contains legal conclusions to which no response is

14   required.  To the extent any response is required, UMG denies the allegations in

15   Paragraph 335.  Money Mack lacks knowledge or information sufficient to form a

16   belief as to the truth of the allegations contained in Paragraph 335, and on that

17   basis denies each and every allegation contained therein.

18        336.   Paragraph 336 contains legal conclusions to which no response is

19   required.  To the extent any response is required, UMG denies the allegations in

20   Paragraph 336.  Money Mack lacks knowledge or information sufficient to form a

21   belief as to the truth of the allegations contained in Paragraph 336, and on that

22   basis denies each and every allegation contained therein.

23        337.   MSK Defendants lack knowledge or information sufficient to form a

24   belief as to the truth of the allegations contained in Paragraph 337, and on that

25   basis deny each and every allegation contained therein.

26        338.   MSK Defendants lack knowledge or information sufficient to form a

27   belief as to the truth of the allegations contained in Paragraph 338, and on that

28   basis deny each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

339.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 339, and on that basis deny each and every allegation contained therein.

340.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 340, and on that basis deny each and every allegation contained therein.

341.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 341, and on that basis deny each and every allegation contained therein.

342.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 342, and on that basis deny each and every allegation contained therein.

343.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 343, and on that basis deny each and every allegation contained therein.

344.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 344, and on that basis deny each and every allegation contained therein.

345.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 345, and on that basis deny each and every allegation contained therein.

346.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 346, and on that basis deny each and every allegation contained therein.

347.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 347, and on that basis deny each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

348.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 348, and on that basis deny each and every allegation contained therein.

349.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 349, and on that basis deny each and every allegation contained therein.

350.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 350, and on that basis deny each and every allegation contained therein.

351.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 351, and on that basis deny each and every allegation contained therein.

352.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 352 and on that basis deny each and every allegation contained therein.

353.   Paragraph 353 contains legal conclusions to which no response is required.  To the extent any response is required, Money Mack denies the allegations in Paragraph 353.  UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 353, and on that basis denies each and every allegation contained therein.

354.   Money Mack denies the allegations in Paragraph 354.  UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 354, and on that basis denies each and every allegation contained therein.

355.   Paragraph 355 contains legal conclusions to which no response is required.  To the extent any response is required, Money Mack denies the allegations in Paragraph 355.  UMG lacks knowledge or information sufficient to

form a belief as to the truth of the allegations contained in Paragraph 355, and on that basis denies each and every allegation contained therein.

356.    Paragraph 356 contains legal conclusions to which no response is required.  To the extent any response is required, UMG denies the allegations in Paragraph 356.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 356, and on that basis denies each and every allegation contained therein.

357.    MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 357, and on that basis deny each and every allegation contained therein.

358.    MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 358, and on that basis deny each and every allegation contained therein.

359.    MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 359, and on that basis deny each and every allegation contained therein.

360.    MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 360, and on that basis deny each and every allegation contained therein.

361.    MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 361, and on that basis deny each and every allegation contained therein.

362.    MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 362, and on that basis deny each and every allegation contained therein.

363.    MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 363, and on that basis deny each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

364.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 364, and on that basis deny each and every allegation contained therein.

365.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 365, and on that basis deny each and every allegation contained therein.

366.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 366, and on that basis deny each and every allegation contained therein.

367.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 367, and on that basis deny each and every allegation contained therein.

368.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 368, and on that basis deny each and every allegation contained therein.

369.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 369, and on that basis deny each and every allegation contained therein.

370.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 370, and on that basis deny each and every allegation contained therein.

371.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 371, and on that basis deny each and every allegation contained therein.

372.   This Paragraph of the TAC is vague, ambiguous, subject to more than one interpretation, incomprehensible, and/or indecipherable, such that MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 372 and on that basis deny each and

Mitchell
Silberberg &
Knupp LLP

every allegation contained therein.  To the extent MSK Defendants are able to understand this Paragraph, it contains legal conclusions to which no response is required.  To the extent any response is required, UMG denies the allegations in this Paragraph.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 372, and on that basis denies each and every allegation contained therein.

373.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 373, and on that basis deny each and every allegation contained therein.

374.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 374, and on that basis deny each and every allegation contained therein.

375.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 375, and on that basis deny each and every allegation contained therein.

376.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 376, and on that basis deny each and every allegation contained therein.

377.   This Paragraph of the TAC is vague, ambiguous, subject to more than one interpretation, incomprehensible, and/or indecipherable, such that MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 377 and on that basis deny each and every allegation contained therein.  To the extent MSK Defendants are able to understand this Paragraph, it contains legal conclusions to which no response is required.  To the extent any response is required, Money Mack admits it was involved in the licensing of a portion of the composition "*I Lied*," but denies the remaining allegations in this Paragraph.  UMG lacks knowledge or information

1    sufficient to form a belief as to the truth of the allegations contained in Paragraph

2    377, and on that basis denies each and every allegation contained therein.

3          378.   MSK Defendants lack knowledge or information sufficient to form a

4    belief as to the truth of the allegations contained in Paragraph 378, and on that

5    basis deny each and every allegation contained therein.

6          379.   MSK Defendants lack knowledge or information sufficient to form a

7    belief as to the truth of the allegations contained in Paragraph 379, and on that

8    basis deny each and every allegation contained therein.

9          380.   MSK Defendants lack knowledge or information sufficient to form a

10   belief as to the truth of the allegations contained in Paragraph 380, and on that

11   basis deny each and every allegation contained therein

12         381.   This paragraph of the TAC sets forth allegations against certain other

13   defendants, as well as all defendants in this action collectively.  MSK Defendants

14   are without knowledge or information sufficient to form a belief as to the truth of

15   the allegations of this Paragraph as to defendants other than MSK Defendants, and

16   on that basis deny said allegations.  As to allegations pertaining specifically to

17   MSK Defendants in this Paragraph 381, MSK Defendants deny any such

18   allegations.

19         382.   This paragraph of the TAC sets forth allegations against certain other

20   defendants, as well as all defendants in this action collectively.  MSK Defendants

21   are without knowledge or information sufficient to form a belief as to the truth of

22   the allegations of this Paragraph as to defendants other than MSK Defendants, and

23   on that basis deny said allegations.  As to allegations pertaining specifically to

24   MSK Defendants in this Paragraph 382, MSK Defendants deny any such

25   allegations.

26

27

28

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

## COUNT III

## CONTRIBUTORY COPYRIGHT INFRINGEMENT

383.   MSK Defendants re-allege and incorporate herein by reference their responses to Paragraphs 1-382 above, inclusive, as though fully set forth herein.

384.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 384, and on that basis deny each and every allegation contained therein.

385.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 385, and on that basis deny each and every allegation contained therein.

386.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 386, and on that basis deny each and every allegation contained therein.

387.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 387, and on that basis deny each and every allegation contained therein.

388.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 388, and on that basis deny each and every allegation contained therein.

389.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 389, and on that basis deny each and every allegation contained therein.

390.   Paragraph 390 contains legal conclusions to which no response is required.  To the extent any response is required, UMG denies the allegations in Paragraph 390.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 390, and on that basis denies each and every allegation contained therein.

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

391.   Paragraph 391 contains legal conclusions to which no response is required.  To the extent any response is required, UMG denies the allegations in Paragraph 391.  Money Mack lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 391, and on that basis denies each and every allegation contained therein.

392.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 392, and on that basis deny each and every allegation contained therein.

393.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 393, and on that basis deny each and every allegation contained therein.

394.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 394, and on that basis deny each and every allegation contained therein.

395.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 395, and on that basis deny each and every allegation contained therein.

396.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 396, and on that basis deny each and every allegation contained therein.

397.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 397, and on that basis deny each and every allegation contained therein.

398.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 398, and on that basis deny each and every allegation contained therein.

399.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 399, and on that basis deny each and every allegation contained therein.

400.   Paragraph 400 contains legal conclusions to which no response is required.  To the extent any response is required, Money Mack denies the allegations in Paragraph 400.  UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 400, and on that basis denies each and every allegation contained therein.

401.   Paragraph 401 contains legal conclusions to which no response is required.  To the extent any response is required, Money Mack denies the allegations in Paragraph 401.  UMG lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 401, and on that basis denies each and every allegation contained therein.

402.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 402, and on that basis deny each and every allegation contained therein.

403.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 403, and on that basis deny each and every allegation contained therein.

404.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 404, and on that basis deny each and every allegation contained therein.

405.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 405, and on that basis deny each and every allegation contained therein.

406.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 406, and on that basis deny each and every allegation contained therein.

407.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 407, and on that basis deny each and every allegation contained therein.

408.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 408, MSK Defendants deny any such allegations.

409.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 409, MSK Defendants deny any such allegations.

410.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 410, MSK Defendants deny any such allegations.

411.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and

on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 411, MSK Defendants deny any such allegations.

412.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 412, MSK Defendants deny any such allegations.

413.   This paragraph of the TAC sets forth allegations against certain other defendants, as well as all defendants in this action collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 413, MSK Defendants deny any such allegations.

## COUNT IV
## DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA")
## FALSIFICATION AND REMOVAL OF CMI (17 U.S.C. § 1202 et seq.)

414.   MSK Defendants re-allege and incorporate herein by reference their responses to Paragraphs 1-413 above, inclusive, as though fully set forth herein.

415.   Paragraph 415 contains legal conclusions to which no response is required.  To the extent any response is required, this Paragraph of the TAC sets forth allegations against all defendants and is vague, ambiguous, subject to more than one interpretation, incomprehensible, and/or indecipherable, including without limitation in its use of the phrase "digital music contains CMI," such that

Mitchell Silberberg & Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

1   MSK Defendants are without knowledge or information sufficient to form a belief

2   as to the truth of the allegations of this Paragraph. To the extent that MSK

3   Defendants are able to understand this Paragraph, and response by MSK

4   Defendants is required, MSK Defendants admit that they are aware that copyright

5   management information often is conveyed in connection with copies of

6   copyrighted musical works, including in digital form.

7        416.   Paragraph 416 contains legal conclusions to which no response is

8   required.  To the extent any response is required, this Paragraph of the TAC sets

9   forth allegations against certain other defendants.  MSK Defendants are without

10   knowledge or information sufficient to form a belief as to the truth of the

11   allegations of this Paragraph as to defendants other than MSK Defendants, and on

12   that basis deny said allegations.  As to allegations pertaining specifically to MSK

13   Defendants in this Paragraph 416, MSK Defendants admit that CMI is sometimes

14   used to identify the owners of and to protect digital music works, and deny the

15   remaining allegations.

16        417.   Paragraph 417 contains legal conclusions to which no response is

17   required.  To the extent any response is required, this Paragraph of the TAC sets

18   forth allegations against certain other defendants.  MSK Defendants are without

19   knowledge or information sufficient to form a belief as to the truth of the

20   allegations of this Paragraph as to defendants other than MSK Defendants, and on

21   that basis deny said allegations.  As to allegations pertaining specifically to MSK

22   Defendants in this Paragraph 417, MSK Defendants admit that they sometimes use

23   CMI to identify and protect their works, and deny the remaining allegations.

24        418.   MSK Defendants lack knowledge or information sufficient to form a

25   belief as to the truth of the allegations contained in Paragraph 418, and on that

26   basis deny each and every allegation contained therein.

27

28

419.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 419, and on that basis deny each and every allegation contained therein.

420.   MSK Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 420, and on that basis deny each and every allegation contained therein.

421.   This paragraph of the TAC sets forth allegations against certain other defendants.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 421, MSK Defendants deny any such allegations.

422.   This paragraph of the TAC sets forth allegations against certain other defendants.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 422, MSK Defendants deny any such allegations.

423.   This paragraph of the TAC sets forth allegations against certain other defendants.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 423, MSK Defendants deny any such allegations.

424.   This paragraph of the TAC sets forth allegations against certain other defendants.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to

Mitchell Silberberg & Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

allegations pertaining specifically to MSK Defendants in this Paragraph 424, MSK Defendants deny any such allegations.

425.   This paragraph of the TAC sets forth allegations against certain other defendants.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 425, MSK Defendants deny any such allegations.

426.   This paragraph of the TAC sets forth allegations against certain other defendants.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 426, MSK Defendants deny any such allegations.

427.   This paragraph of the TAC sets forth allegations against certain other defendants.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 427, MSK Defendants deny any such allegations.

428.   This paragraph of the TAC sets forth allegations against certain other defendants.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 428, MSK Defendants deny any such allegations.

429.   This paragraph of the TAC sets forth allegations against certain other defendants.  MSK Defendants are without knowledge or information sufficient to

1   form a belief as to the truth of the allegations of this Paragraph as to defendants

2   other than MSK Defendants, and on that basis deny said allegations.  As to

3   allegations pertaining specifically to MSK Defendants in this Paragraph 429, MSK

4   Defendants deny any such allegations.

5   430.   This paragraph of the TAC sets forth allegations against certain other

6   defendants.  MSK Defendants are without knowledge or information sufficient to

7   form a belief as to the truth of the allegations of this Paragraph as to defendants

8   other than MSK Defendants, and on that basis deny said allegations.  As to

9   allegations pertaining specifically to MSK Defendants in this Paragraph 430, MSK

10   Defendants deny any such allegations.

11   431.   This paragraph of the TAC sets forth allegations against certain other

12   defendants.  MSK Defendants are without knowledge or information sufficient to

13   form a belief as to the truth of the allegations of this Paragraph as to defendants

14   other than MSK Defendants, and on that basis deny said allegations.  As to

15   allegations pertaining specifically to MSK Defendants in this Paragraph 431, MSK

16   Defendants deny any such allegations.

17

18   ## COUNT V

19   ## CONTRIBUTORY LIABILITY UNDER 17 U.S.C. § 1202 et seq.

20   432.   MSK Defendants re-allege and incorporate herein by reference their

21   responses to Paragraphs 1-431 above, inclusive, as though fully set forth herein.

22   433.   This paragraph of the TAC sets forth allegations against certain other

23   defendants.  MSK Defendants are without knowledge or information sufficient to

24   form a belief as to the truth of the allegations of this Paragraph as to defendants

25   other than MSK Defendants, and on that basis deny said allegations.  As to

26   allegations pertaining specifically to MSK Defendants in this Paragraph 433, MSK

27   Defendants deny any such allegations.

28

Mitchell
Silberberg &
Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

434.   This paragraph of the TAC sets forth allegations against certain other defendants.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 434, MSK Defendants deny any such allegations.

435.   This paragraph of the TAC sets forth allegations against certain other defendants.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 435, MSK Defendants deny any such allegations.

436.   This paragraph of the TAC sets forth allegations against certain other defendants and defendants collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 436, MSK Defendants deny any such allegations.

437.   This paragraph of the TAC sets forth allegations against certain other defendants and defendants collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 437, MSK Defendants deny any such allegations.

438.   This paragraph of the TAC sets forth allegations against certain other defendants and defendants collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny

Mitchell
Silberberg &
Knupp LLP

said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 438, MSK Defendants deny any such allegations.

439.   This paragraph of the TAC sets forth allegations against certain other defendants and defendants collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 439, MSK Defendants deny any such allegations.

440.   This paragraph of the TAC sets forth allegations against certain other defendants and defendants collectively.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 440, MSK Defendants deny any such allegations.

## COUNT VI

## VICARIOUS LIABILITY UNDER 17 U.S.C. § 1202 et seq.

441.   MSK Defendants re-allege and incorporate herein by reference their responses to Paragraphs 1-440 above, inclusive, as though fully set forth herein.

442.   This paragraph of the TAC sets forth allegations against certain other defendants.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 442, MSK Defendants deny any such allegations.

443.   This paragraph of the TAC sets forth allegations against certain other defendants.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to

Mitchell Silberberg & Knupp LLP

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

allegations pertaining specifically to MSK Defendants in this Paragraph 443, MSK Defendants deny any such allegations.

444.   This paragraph of the TAC sets forth allegations against certain other defendants.  MSK Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than MSK Defendants, and on that basis deny said allegations.  As to allegations pertaining specifically to MSK Defendants in this Paragraph 444, MSK Defendants deny any such allegations.

## **DEMAND FOR JURY TRIAL**

445.   MSK Defendants admit that Plaintiff has demanded a trial by jury on all issues triable.  MSK Defendants deny that Plaintiff is entitled to the relief requested by the TAC, or any other relief whatsoever.

## **PRAYER FOR RELIEF**

446.   The relief requested requires no response as there are no facts alleged therein.  To the extent any response is required, MSK Defendants deny the allegations in the relief requested, object to the relief requested, and deny that Plaintiff is entitled to any of the relief requested in the TAC (or any other relief whatsoever).

## **AFFIRMATIVE DEFENSES**

MSK Defendants do not presently know all of the facts and circumstances relating to Plaintiff's claims, and reserve the right to amend this Answer.  Subject to the foregoing, and without waiving or excusing Plaintiff's burden of proof, or admitting that any of the following are in fact defenses upon which either MSK Defendants have any burden of proof as opposed to denials of matters as to which

Plaintiff has the burden of proof, or that MSK Defendants have any burden of proof at all, MSK Defendants hereby assert the following affirmative defenses.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Cause of Action)

The TAC, in whole or in part, fails to state facts sufficient to constitute a cause of action brought on behalf of Plaintiff.

## SECOND AFFIRMATIVE DEFENSE
### (Lack of Originality or Protectability)

Plaintiff's claims are barred, in whole or in part, because the alleged elements of Plaintiff's works that are alleged to be infringed by "*I Lied*" are neither original nor protectable, individually or in combination, and Plaintiff's "selection and arrangement" thereof is not protectable.

## THIRD AFFIRMATIVE DEFENSE
### (Lack of Substantial or Striking Similarity)

Plaintiff's claims are barred, in whole or in part, because Plaintiff's works and "*I Lied*" are not substantially similar or strikingly similar.

## FOURTH AFFIRMATIVE DEFENSE
### (Lack of Access)

Plaintiff's claims are barred, in whole or in part, because MSK Defendants did not have access to and did not copy Plaintiff's works.

## FIFTH AFFIRMATIVE DEFENSE

### (Independent Creation)

Plaintiff's claims are barred, in whole or in part, because "*I Lied*" was created independently of Plaintiff's works.

## SIXTH AFFIRMATIVE DEFENSE

### (Noncompliance with Statutory Provisions)

Plaintiff is barred from claiming statutory damages or attorney's fees under Section 412 of the Copyright Act (17 U.S.C. § 412), to the extent any alleged acts of infringement occurred before first registration of Plaintiff's alleged work(s).

## SEVENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Plaintiff's claims are barred, in whole or in part, by the statute of limitations, Section 507(b) of the Copyright Act (17 U.S.C. § 507(b)), as his alleged claims accrued over three years before Plaintiff should have, with due diligence, discovered the alleged infringements.

## EIGHTH AFFIRMATIVE DEFENSE

### (Estoppel, Laches, and/or Acquiescence)

Plaintiff's claims are barred, in whole or in part, by the equitable doctrines of estoppel, laches, and/or acquiescence.

## NINTH AFFIRMATIVE DEFENSE

### (Waiver by Conduct, Actions, or Communications)

Plaintiff's claims are barred, in whole or in part, because he has waived, in whole or part, any rights he may have to institute an action for the alleged

1   wrongdoings of which he complains by reason of his conduct, actions, or
2   communications to others.
3
4   ## TENTH AFFIRMATIVE DEFENSE
5   ### (Unclean Hands)
6       Plaintiff's claims are barred, in whole or in part, under the doctrine of
7   unclean hands.
8
9   ## ELEVENTH AFFIRMATIVE DEFENSE
10   ### (Adequate Remedy at Law)
11       Plaintiff has an adequate remedy at law and therefore is not entitled to any
12   other relief sought.
13
14   ## TWELFTH AFFIRMATIVE DEFENSE
15   ### (Failure to Show Irreparable Harm)
16       Plaintiff's prayer for injunctive relief is barred, in whole or in part, by
17   Plaintiff's failure to plead or show irreparable harm.
18   .
19   ## THIRTEENTH AFFIRMATIVE DEFENSE
20   ### (Fair Use)
21       Plaintiff's claims are barred, in whole or in part, by the fair use doctrine,
22   although any use of Plaintiff's alleged works is denied.
23
24   ## FOURTEENTH AFFIRMATIVE DEFENSE
25   ### (Innocent Infringement)
26       Any alleged infringement by MSK Defendants was innocent.
27
28

Mitchell
Silberberg &
Knupp LLP

## FIFTEENTH AFFIRMATIVE DEFENSE

### (No Willfulness)

Without admitting that MSK Defendants have infringed any purportedly copyrightable material, or that Plaintiff possesses copyright rights that could be infringed, MSK Defendants have not acted willfully.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (*De Minimis* Damages)

To the extent any copyright has been infringed, which MSK Defendants do not concede, Plaintiff has suffered, at most, *de minimis* damages.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Failure to Allege Required Elements of Section 1202 Claim)

Plaintiff fails to state a claim under Section 1202 of the Copyright Act upon which relief can be granted, including, but not limited to, (a) because he has failed to plead any facts supporting his allegation that MSK Defendants used the works at issue with the intent to induce, enable, facilitate, or conceal infringement; (b) because he has failed to identify or establish that copyright management information was included in the works at issue and/or when they were allegedly copied; and/or (c) because he has failed to sufficiently allege that anything allegedly added to the works at issue constitutes copyright management information.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Apportionment)

Any purported damages sought by the Plaintiff in the form of MSK Defendants' profits are limited by the apportionment theory based on the percentage of profits attributable to the alleged infringing works, not the entirety of MSK

Mitchell
Silberberg &
Knupp LLP

Defendants' profits from the sale of goods and/or services during the period of MSK Defendants' alleged use.

## NINETEENTH AFFIRMATIVE DEFENSE
### (Implied License)

To the extent any copyright has been infringed, which MSK Defendants deny, MSK Defendants had an implied license to use the works at issue, including to copy, display, distribute, license, or offer them for license.

## TWENTIETH AFFIRMATIVE DEFENSE
### (Unjust Enrichment)

Plaintiff's claims are barred, in whole or in part, on the ground that Plaintiff would be unjustly enriched if he were granted the relief sought.

## TWENTY-FIRST AFFIRMATIVE DEFENSE
### (Lack of Standing/Ownership)

Plaintiff's claims against MSK Defendants are barred, in whole or in part, by Plaintiff's lack of standing to assert such claims due, in part, to the fact that he does not own all or certain copyright rights in the claimed works.

## TWENTY-SECOND AFFIRMATIVE DEFENSE
### (Invalid Copyright Registration)

Plaintiff's claims for copyright infringement are barred because they are based on the alleged infringement of works for which a valid and enforceable copyright registration does not exist and/or for which the alleged copyright registration contains materially false and/or inaccurate information.

Mitchell
Silberberg &
Knupp LLP

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Right to Assert Additional Defenses)

MSK Defendants hereby give notice that, due to their incomplete knowledge as to the matters set forth in the TAC at this time, they are unable to determine whether they have additional defenses not expressly enumerated in the preceding paragraphs or elsewhere in this Answer.  MSK Defendants thus reserve their rights to amend their Answer to assert additional defenses and to rely upon those additional defenses to the extent they become available or apparent during discovery or further proceedings in this action.

## MSK DEFENDANTS' PRAYER FOR RELIEF

WHEREFORE, MSK Defendants respectfully request that the Court enter judgment in their favor and against Plaintiff, as follows:

1.     In favor of MSK Defendants and against Plaintiff on all of Plaintiff's claims;

2.     Awarding MSK Defendants their reasonable attorney's fees and costs; and

3.     Awarding MSK Defendants such other and further relief as the Court may deem just and proper.

Dated: May 3, 2024

DAVID A. STEINBERG
MITCHELL SILBERBERG & KNUPP LLP

By:   David A. Steinberg
Attorneys for Defendants
Universal Music Group, Inc.
and Money Mack Music, Inc.

Mitchell
Silberberg &
Knupp LLP

79