1   Peter Anderson, Esq., Cal. Bar No. 88891
        peteranderson@dwt.com
2   DAVIS WRIGHT TREMAINE LLP
    865 South Figueroa Street, 24th Floor
3   Los Angeles, California 90017-2566
    Tel: (213) 633-6800
4   Fax: (213) 633-6899

5   Attorneys for Defendants
    ESTHER RENAY DEAN, also sued
6   as Dat Damn Dean, and
    SONGS OF UNIVERSAL, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         WESTERN DIVISION

11   JULIUS JOHNSON, an individual,          ) Case No. 2:23-cv-5061-PA-AFMx
                                             )
12                    Plaintiff,             )
                                             )
13          v.                               )
                                             ) DEFENDANTS ESTHER RENAY
14   ONIKA TANYA MARAJ P/K/A NICKI           ) DEAN AND SONGS OF UNIVERSAL,
     MINAJ, an individual; UNIVERSAL         ) INC.'S ANSWER TO PLAINTIFF'S
15   MUSIC GROUP, INC., a Delaware           ) THIRD AMENDED THIRD
     corporation; SONGS OF UNIVERSAL,        ) AMENDED COMPLAINT
16   INC., a California corporation;         )
     MICHAEL LEN WILLIAMS II P/K/A           )
17   MIKE WILL MADE IT, an individual;       ) DEMAND FOR JURY TRIAL
     KAZARION FOWLER P/K/A SKOOLY,           )
18   an individual; MONEY MACK MUSIC         )
     INC, a Louisiana corporation;           )
19   HARAJUKU BARBIE MUSIC, LLC, a           )
     Delaware limited liability company;     )
20   ESTHER RENAY DEAN P/K/A ESTER           )
     DEAN, an individual; MARCUS BELL,       )
21   an individual; SOUNDS FROM              )
     EARDRUMMERS LLC, a Georgia              )
22   Corporation; WBM MUSIC CORP., a         )
     Delaware Corporation; DAT DAMN          )
23   DEAN; and DOES 1-10, inclusive,         )
                                             )
24                    Defendants.            )
                                             )
25   _____        )

26

27

28

1    Defendants Esther Renay Dean, also sued as Dat Damn Dean ("Ms. Dean"),
2  and Songs of Universal, Inc. ("Songs of Universal") (collectively, "Defendants")
3  hereby answer the Third Amended Complaint of plaintiff Julius Johnson ("Plaintiff").
4  Except as specifically admitted or qualified below, Defendants deny each of the
5  allegations in Plaintiff's Third Amended Complaint.

6                    **"JURISDICTION AND VENUE"**[1]

7    1.    Paragraph 1 contains legal conclusions to which no response is required.
8  To the extent any response is required, Defendants admit that this Court has subject
9  matter jurisdiction over "copyright infringement and related claims pursuant to 17
10 U.S.C. §§ 501 *et. seq.*" and "violations of the Digital Millennium Copyright Act and
11 related claims pursuant to 17 U.S.C. §§ 1201 *et. seq.*" pursuant to 28 U.S.C. §§ 1331
12 and 1338(a).  Defendants deny that the Third Amended Complaint states any such
13 valid claims and deny that Plaintiff is entitled to any of the relief sought in the Third
14 Amended Complaint.  Except as expressly admitted, Defendants deny the allegations
15 in Paragraph 1.

16   2.    Paragraph 2 contains legal conclusions to which no response is required.
17 To the extent any response is required, Defendants aver that this Paragraph of the
18 Third Amended Complaint sets forth allegations against all defendants in this action
19 collectively.  Defendants are without knowledge or information sufficient to form a
20 belief as to the truth of the allegations of this Paragraph as to defendants other than
21 Defendants and on that basis deny such allegations.  Songs of Universal does not
22 contest personal jurisdiction over it.  Except as expressly admitted, Defendants deny
23 the allegations in Paragraph 2.

24   3.    Paragraph 3 contains legal conclusions to which no response is required.
25 To the extent any response is required, Defendants aver that this Paragraph of the

26 _____

27 [1]    Defendants include the section headings from the Third Amended Complaint in
28 this Answer purely for ease of organization; to the extent those headings include any
   allegations of fact, Defendants deny each and every allegation thereof.

Third Amended Complaint sets forth allegations against all defendants in this action collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants and on that basis deny such allegations.  Defendants do not contest venue in this District or personal jurisdiction over them.  Except as expressly admitted, Defendants deny the allegations in Paragraph 3.

**"PARTIES"**

4.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4, and on that basis deny each and every allegation contained therein.

5.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5, and on that basis deny each and every allegation contained therein.

6.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6, and on that basis deny each and every allegation contained therein.

7.     Paragraph 7 contains legal conclusions to which no response is required. To the extent any response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7, and on that basis deny each and every allegation contained therein.

8.     Paragraph 8 contains legal conclusions to which no response is required. To the extent any response is required, Songs of Universal admits it is a music publishing company and maintains offices in the County of Los Angeles, California, but denies that it "participated in, facilitated, or encouraged" any wrongful conduct, including without limitation any allegedly "wrongful conduct" alleged in the Third Amended Complaint, and denies all other allegations of this Paragraph.  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of the

///

2

allegations contained in Paragraph 8, and on that basis denies each and every allegation contained therein.

9.      Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9, and on that basis deny each and every allegation contained therein.

10.      Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10, and on that basis deny each and every allegation contained therein.

11.      Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11, and on that basis deny each and every allegation contained therein.

12.      Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12, and on that basis deny each and every allegation contained therein.

13.      Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13, and on that basis deny each and every allegation contained therein.

14.      Paragraph 14 contains legal conclusions to which no response is required. To the extent any response is required, Ms. Dean admits she is a singer, songwriter, and record producer, but denies that she "participated in, facilitated, or encouraged" any wrongful conduct, including without limitation any allegedly "wrongful conduct" alleged in the Third Amended Complaint, and denies all other allegations of this Paragraph.  Songs of Universal admits that Ms. Dean is a singer, songwriter, and record producer, but lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 14, and on that basis denies each and every remaining allegation contained therein.

15.      Ms. Dean admits that "Dat Damn Dean" is a name under which she owns or licenses musical compositions, but denies that she, including as Dat Damn Dean,

1  "participated in, facilitated, or encouraged" any wrongful conduct, including without

2  limitation any allegedly "wrongful conduct" alleged in the Third Amended Complaint,

3  and denies all other allegations of this Paragraph.  Songs of Universal lacks knowledge

4  or information sufficient to form a belief as to the truth of the remaining allegations

5  contained in Paragraph 15, and on that basis denies each and every remaining

6  allegation contained therein.

7          16.    Defendants lack knowledge or information sufficient to form a belief as

8  to the truth of the allegations contained in Paragraph 16, and on that basis deny each

9  and every allegation contained therein.

10         17.    Defendants lack knowledge or information sufficient to form a belief as

11 to the truth of the allegations contained in Paragraph 17, and on that basis deny each

12 and every allegation contained therein.  Defendants further aver that this Paragraph

13 erroneously refers to the "SAC" rather than the Third Amended Complaint.

14                        **"FACTS COMMON TO ALL CLAIMS"**

15                  ***"The Copyrighted Sound Recording and Composition"***

16         18.    Defendants lack knowledge or information sufficient to form a belief as

17 to the truth of the allegations contained in Paragraph 18, and on that basis deny each

18 and every allegation contained therein.

19         19.    Defendants lack knowledge or information sufficient to form a belief as

20 to the truth of the allegations contained in Paragraph 19, and on that basis deny each

21 and every allegation contained therein.

22         20.    Defendants lack knowledge or information sufficient to form a belief as

23 to the truth of the allegations contained in Paragraph 20, and on that basis deny each

24 and every allegation contained therein.

25         21.    Defendants lack knowledge or information sufficient to form a belief as

26 to the truth of the allegations contained in Paragraph 21, and on that basis deny each

27 and every allegation contained therein.

28 ///

22.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22, and on that basis deny each and every allegation contained therein.

23.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23, and on that basis deny each and every allegation contained therein.

24.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24, and on that basis deny each and every allegation contained therein.

25.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25, and on that basis deny each and every allegation contained therein.

26.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26, and on that basis deny each and every allegation contained therein.

27.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27, and on that basis deny each and every allegation contained therein.

28.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28, and on that basis deny each and every allegation contained therein.

29.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29, and on that basis deny each and every allegation contained therein.

///

///

///

///

30.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30, and on that basis deny each and every allegation contained therein.[2]

31.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31, and on that basis deny each and every allegation contained therein.

32.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32, and on that basis deny each and every allegation contained therein.

33.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33, and on that basis deny each and every allegation contained therein.

34.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34, and on that basis deny each and every allegation contained therein.

35.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35, and on that basis deny each and every allegation contained therein.

36.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36, and on that basis deny each and every allegation contained therein.

37.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37, and on that basis deny each and every allegation contained therein.

///

///

---

[2]     This Answer's responses to allegations in paragraphs in Plaintiff's Third Amended Complaint also apply to assertions in the footnotes to those paragraphs.

38.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38, and on that basis deny each and every allegation contained therein.

39.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39, and on that basis deny each and every allegation contained therein.

40.     Paragraph 40 contains legal conclusions to which no response is required. To the extent any response is required, Defendants aver that this Paragraph sets forth allegations against all defendants in this action collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants and on that basis deny such allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 40, Defendants deny each and every such allegation.

41.     Paragraph 41 contains legal conclusions to which no response is required. To the extent any response is required, Defendants aver that this Paragraph sets forth allegations against all defendants in this action collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants and on that basis deny such allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 41, Defendants deny each and every such allegation.

42.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42, and on that basis deny each and every allegation contained therein.

43.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43, and on that basis deny each and every allegation contained therein.

///

///

44.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44, and on that basis deny each and every allegation contained therein.

45.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45, and on that basis deny each and every allegation contained therein.

46.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46, and on that basis deny each and every allegation contained therein.

47.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47, and on that basis deny each and every allegation contained therein.

48.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48, and on that basis deny each and every allegation contained therein.

49.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49, and on that basis deny each and every allegation contained therein.

50.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50, and on that basis deny each and every allegation contained therein.

51.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51, and on that basis deny each and every allegation contained therein.

52.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52, and on that basis deny each and every allegation contained therein.

///

53.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53, and on that basis deny each and every allegation contained therein.

54.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54, and on that basis deny each and every allegation contained therein.

55.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55, and on that basis deny each and every allegation contained therein.

56.     Songs of Universal denies the allegations in Paragraph 56, including but not limited to the allegations that  "*I Lied*" is an "infringing work" and that "*The Pinkprint*" is an "infringing album."  Ms. Dean denies that "*I Lied*" is an "infringing work" and that "*The Pinkprint*" is an "infringing album," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 56, and on that basis denies each and every remaining allegation contained therein.

57.     Defendants deny that "*I Lied*" is an "infringing work" and that "*The Pinkprint*" is an "infringing album," lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 57, and on that basis deny each and every remaining allegation contained therein.

58.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58, and on that basis deny each and every allegation contained therein.

59.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59, and on that basis deny each and every allegation contained therein.

///

///

60.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60, and on that basis deny each and every allegation contained therein.

61.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61, and on that basis deny each and every allegation contained therein.

62.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62, and on that basis deny each and every allegation contained therein.

63.    Ms. Dean admits that in or around December of 2014, she, directly or indirectly, licensed a portion of the composition "*I Lied*," and denies the remaining allegations in this Paragraph 63, including but not limited to the allegations that  "*I Lied*" is an "infringing work" and that "*The Pinkprint*" is an "infringing album." Songs of Universal denies that "*I Lied*" is an "infringing work" and that "*The Pinkprint*" is an "infringing album," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 63, and on that basis denies each and every remaining allegation contained therein.

64.    Ms. Dean admits that in or around December of 2014, she, directly or indirectly, licensed a portion of the composition "*I Lied*," and denies the remaining allegations in this Paragraph 64, including but not limited to the allegations that  "*I Lied*" is an "infringing work" and that "*The Pinkprint*" is an "infringing album." Songs of Universal denies that "*I Lied*" is an "infringing work" and that "*The Pinkprint*" is an "infringing album," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 64, and on that basis denies each and every remaining allegation contained therein.

65.    Defendants deny that "*I Lied*" is an "infringing work" and that "*The Pinkprint*" is an "infringing album," and Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in

Paragraph 65, and on that basis deny each and every remaining allegation contained therein.

66.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66, and on that basis deny each and every allegation contained therein.

67.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67, and on that basis deny each and every allegation contained therein.

68.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68, and on that basis deny each and every allegation contained therein.

69.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69, and on that basis deny each and every allegation contained therein.

70.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70, and on that basis deny each and every allegation contained therein.

71.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71, and on that basis deny each and every allegation contained therein.

72.     Paragraph 72 contains legal conclusions to which no response is required. To the extent any response is required, Defendants object that the allegations in this Paragraph require the opinion of an expert and purporting to require that Defendants respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations in this Paragraph, Defendants deny the allegations in Paragraph 72.

73.     Defendants deny the allegations in Paragraph 73.

///

74.     Defendants object that the allegations in this Paragraph require the opinion of an expert and purporting to require that Defendants respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations in this Paragraph, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74, and on that basis deny each and every allegation contained therein.

75.     Defendants object that the allegations in this Paragraph require the opinion of an expert and purporting to require that Defendants respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations in this Paragraph, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75, and on that basis deny each and every allegation contained therein.

76.     Paragraph 76 contains legal conclusions to which no response is required. To the extent any response is required, Defendants object that the allegations in this Paragraph require the opinion of an expert and purporting to require that Defendants respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations in this Paragraph, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76, and on that basis denies each and every allegation contained therein.

77.     Paragraph 77 contains legal conclusions to which no response is required. To the extent any response is required, Defendants object that the allegations in this Paragraph require the opinion of an expert and purporting to require that Defendants respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations in this Paragraph, Defendants deny the allegations in Paragraph 77.

78.     Paragraph 78 contains legal conclusions to which no response is required. To the extent any response is required, Defendants object that the allegations in this Paragraph require the opinion of an expert and purporting to require that Defendants

respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations in this Paragraph, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78, and on that basis deny each and every allegation contained therein.

79.     Paragraph 79 contains legal conclusions to which no response is required. To the extent any response is required, Defendants object that the allegations in this Paragraph require the opinion of an expert and purporting to require that Defendants respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations in this Paragraph, Defendants deny the allegations in Paragraph 79.

80.     This Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny such allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 80, Defendants object that the allegations in this Paragraph require the opinion of an expert and purporting to require that Defendants respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations in this Paragraph, Defendants deny any such allegations.

81.     This Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 81, Defendants object that the allegations in this Paragraph require the opinion of an expert and purporting to require that Defendants respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations in this Paragraph, Defendants deny any such allegations.

82.     This Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 82, Defendants object that the allegations in this Paragraph require the opinion of an expert and purporting to require that Defendants respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations in this Paragraph, Defendants deny any such allegations.

83.     Paragraph 83 contains legal conclusions to which no response is required. To the extent any response is required, this Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 83, Defendants object that the allegations in this Paragraph require the opinion of an expert and purporting to require that Defendants respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations in this Paragraph, Defendants deny any such allegations.

84.     Paragraph 84 contains legal conclusions to which no response is required. To the extent any response is required, Defendants deny any such allegations.

85.     Paragraph 85 contains legal conclusions to which no response is required. To the extent any response is required, this Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to

Defendants in this Paragraph 85, Defendants object that the allegations in this Paragraph require the opinion of an expert and purporting to require that Defendants respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations in this Paragraph, Defendants deny any such allegations.

86. Paragraph 86 contains legal conclusions to which no response is required. To the extent any response is required, this Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis and denies those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 86, Defendants deny any such allegations.

87. Paragraph 87 contains legal conclusions to which no response is required. To the extent any response is required, this Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis and denies those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 87, Defendants object that the allegations in this Paragraph require the opinion of an expert and purporting to require that Defendants respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations in this Paragraph, Defendants deny any such allegations.

88. This Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those

///

allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 88, Defendants deny any such allegations.

89.    This Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 89, Defendants admit they did not obtain a license from Plaintiff, deny any such license was required, and deny the remaining allegations contained therein.

90.    Paragraph 90 contains legal conclusions to which no response is required. To the extent any response is required, this Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis and denies those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 90, Defendants object that the allegations in this Paragraph require the opinion of an expert and purporting to require that Defendants respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations in this Paragraph, Defendants deny any such allegations.

91.    This Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 91, Defendants deny Plaintiff is entitled to any credit or compensation with respect to "*I Lied*" and "*The Pinkprint*," or either of them, and deny the remaining allegations contained therein.

92.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92, and on that basis deny each and every allegation contained therein.

93.     This Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 93, Defendants deny any such allegations.

94.     This Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 94, Defendants deny any such allegations.

95.     This Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 95, Defendants deny any such allegations.

96.     Defendants admit that Songs of Universal was involved, directly or indirectly, in licensing a portion of the composition "*I Lied*," and deny the remaining allegations in this Paragraph 96, including but not limited to the allegation that "*I Lied*" is an "infringing work."

97.     Defendants deny that "*I Lied*" is an "infringing work," lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations
///

1  contained in Paragraph 97, and on that basis deny each and every remaining allegation

2  contained therein.

3      98.    This Paragraph of the Third Amended Complaint sets forth allegations

4  against all defendants in this action collectively.  Defendants are without knowledge

5  or information sufficient to form a belief as to the truth of the allegations of this

6  Paragraph as to defendants other than Defendants, and on that basis deny those

7  allegations.  As to allegations pertaining specifically to Defendants in this Paragraph

8  98, Defendants deny any such allegations.

9      99.    This Paragraph of the Third Amended Complaint sets forth allegations

10  against all defendants in this action collectively.  Defendants are without knowledge

11  or information sufficient to form a belief as to the truth of the allegations of this

12  Paragraph as to defendants other than Defendants, and on that basis deny those

13  allegations.  As to allegations pertaining specifically to Defendants in this Paragraph

14  99, Defendants deny any such allegations.

15      100.   This Paragraph of the Third Amended Complaint sets forth allegations

16  against all defendants in this action collectively.  Defendants are without knowledge

17  or information sufficient to form a belief as to the truth of the allegations of this

18  Paragraph as to defendants other than Defendants, and on that basis deny those

19  allegations.  As to allegations pertaining specifically to Defendants in this Paragraph

20  100, Defendants deny any such allegations.

21      101.   This Paragraph of the Third Amended Complaint sets forth allegations

22  against all defendants in this action collectively.  Defendants are without knowledge

23  or information sufficient to form a belief as to the truth of the allegations of this

24  Paragraph as to defendants other than Defendants, and on that basis deny those

25  allegations.  As to allegations pertaining specifically to Defendants in this Paragraph

26  101, Defendants deny any such allegations.

27      102.   This Paragraph of the Third Amended Complaint sets forth allegations

28  against all defendants in this action collectively.  Defendants are without knowledge

1   or information sufficient to form a belief as to the truth of the allegations of this

2   Paragraph as to defendants other than Defendants, and on that basis deny those

3   allegations.  As to allegations pertaining specifically to Defendants in this Paragraph

4   102, Defendants deny any such allegations.

5       103.   Defendants admit that Ms. Dean was involved, directly or indirectly, in

6   licensing a portion of the composition "*I Lied*," and deny the remaining allegations in

7   this Paragraph 103, including but not limited to the allegation that "*I Lied*" is an

8   "infringing work."

9       104.   Defendants admit that Ms. Dean, as Dat Damn Dean, was involved,

10  directly or indirectly, in licensing a portion of the composition "*I Lied*," and deny the

11  remaining allegations in this Paragraph 104, including but not limited to the allegation

12  that "*I Lied*" is an "infringing work."

13      105.   This Paragraph of the Third Amended Complaint sets forth allegations

14  against all defendants in this action collectively.  Defendants are without knowledge

15  or information sufficient to form a belief as to the truth of the allegations of this

16  Paragraph as to defendants other than Defendants, and on that basis deny those

17  allegations.  As to allegations pertaining specifically to Defendants in this Paragraph

18  105, Defendants deny any such allegations.

19      106.   This Paragraph of the Third Amended Complaint sets forth allegations

20  against all defendants in this action collectively.  Defendants are without knowledge

21  or information sufficient to form a belief as to the truth of the allegations of this

22  Paragraph as to defendants other than Defendants, and on that basis deny those

23  allegations.  As to allegations pertaining specifically to Defendants in this Paragraph

24  106, Defendants deny any such allegations.

25      107.   This Paragraph of the Third Amended Complaint sets forth allegations

26  against all defendants in this action collectively.  Defendants are without knowledge

27  or information sufficient to form a belief as to the truth of the allegations of this

28  Paragraph as to defendants other than Defendants, and on that basis deny those

allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 107, Defendants deny any such allegations.

108.   This Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 108, Defendants deny any such allegations.

109.   Defendants deny that "*I Lied*" is an "infringing work" and lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 109, and on that basis deny each and every remaining allegation contained therein.

110.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 110, Defendants deny any such allegations.

111.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 111, Defendants deny any such allegations.

112.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and

on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 112, Defendants deny any such allegations.

113.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 113, Defendants deny any such allegations.

114.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 114, Defendants deny any such allegations.

115.   Defendants admit that Ms. Dean was involved, directly or indirectly, in licensing a portion of the composition "*I Lied*," and denies the remaining allegations in this Paragraph 115, including but not limited to the allegation that  "*I Lied*" is an "infringing work."

116.   Defendants admit that Ms. Dean, as Dat Damn Dean, was involved, directly or indirectly, in licensing a portion of the composition "*I Lied*," and denies the remaining allegations in this Paragraph 116, including but not limited to the allegation that  "*I Lied*" is an "infringing work."

117.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 117, Defendants deny any such allegations.

118.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 118, Defendants deny any such allegations.

119.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 119, Defendants deny any such allegations.

120.   Songs of Universal admits that "*I Lied*" was "performed or broadcast" in California, denies that the foregoing required the "permission or consent" of Plaintiff, and denies all other allegations of this Paragraph 120.  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 120, and on that basis denies each and every allegation contained therein.

121.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 121, and on that basis deny each and every allegation contained therein.

122.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 122, Defendants deny any such allegations.

123.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively.

1   Defendants are without knowledge or information sufficient to form a belief as to the

2   truth of the allegations of this Paragraph as to defendants other than Defendants, and

3   on that basis deny those allegations.   As to allegations pertaining specifically to

4   Defendants in this Paragraph 123, Defendants deny any such allegations.

5       124.   This Paragraph of the Third Amended Complaint sets forth allegations

6   against certain other defendants, as well as all defendants in this action collectively.

7   Defendants are without knowledge or information sufficient to form a belief as to the

8   truth of the allegations of this Paragraph as to defendants other than Defendants, and

9   on that basis deny those allegations.   As to allegations pertaining specifically to

10  Defendants in this Paragraph 124, Defendants deny any such allegations.

11      125.   This Paragraph of the Third Amended Complaint sets forth allegations

12  against certain other defendants, as well as all defendants in this action collectively.

13  Defendants are without knowledge or information sufficient to form a belief as to the

14  truth of the allegations of this Paragraph as to defendants other than Defendants, and

15  on that basis deny those allegations.   As to allegations pertaining specifically to

16  Defendants in this Paragraph 125, Defendants deny any such allegations.

17      126.   This Paragraph of the Third Amended Complaint sets forth allegations

18  against certain other defendants, as well as all defendants in this action collectively.

19  Defendants are without knowledge or information sufficient to form a belief as to the

20  truth of the allegations of this Paragraph as to defendants other than Defendants, and

21  on that basis deny those allegations.   As to allegations pertaining specifically to

22  Defendants in this Paragraph 126, Defendants deny any such allegations.

23      127.   Songs of Universal admits that "*I Lied*" was "performed or broadcast" in

24  California, denies that the foregoing required the "permission or consent" of Plaintiff,

25  and denies all other allegations of this Paragraph 127.  Ms. Dean lacks knowledge or

26  information sufficient to form a belief as to the truth of the allegations contained in

27  Paragraph 127, and on that basis denies each and every allegation contained therein.

28  ///

23

128.   Songs of Universal admits that "*I Lied*" was "performed or broadcast" in California, denies that the foregoing required the "permission or consent" of Plaintiff, and denies all other allegations of this Paragraph 128.  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 128, and on that basis denies each and every allegation contained therein.

129.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 129, Defendants deny any such allegations.

130.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 130, Defendants deny any such allegations.

131.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 131, Defendants deny any such allegations.

132.   Songs of Universal denies the allegations in Paragraph 132.  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132, and on that basis denies each and every allegation contained therein.

///

133.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133, and on that basis deny each and every allegation contained therein.

134.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 134, Defendants deny any such allegations.

135.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 135, Defendants deny any such allegations.

136.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 136, Defendants deny any such allegations.

137.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 137, Defendants deny any such allegations.

///

138.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 138, Defendants deny any such allegations.

139.   Defendants admit that Ms. Dean was involved, directly or indirectly, in licensing a portion of the composition "*I Lied*," Ms. Dean denies the remaining allegations in this Paragraph 139.  Songs of Universal lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139, and on that basis denies each and every allegation contained therein.

140.   Defendants admit that Ms. Dean, as Dat Damn Dean, was involved, directly or indirectly, in licensing a portion of the composition "*I Lied*," Ms. Dean denies the remaining allegations in this Paragraph 140.  Songs of Universal lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140, and on that basis denies each and every allegation contained therein.

141.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 141, Defendants deny any such allegations.

142.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and

///

on that basis deny those allegations. As to allegations pertaining specifically to Defendants in this Paragraph 142, Defendants deny any such allegations.

143. This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations. As to allegations pertaining specifically to Defendants in this Paragraph 143, Defendants deny any such allegations.

144. Songs of Universal denies the allegations in Paragraph 144. Ms. Dean denies that "*I Lied*" is an "infringing work," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 144, and on that basis denies each and every remaining allegation contained therein.

145. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 145, and on that basis deny each and every remaining allegation contained therein.

146. This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations. As to allegations pertaining specifically to Defendants in this Paragraph 146, Defendants deny any such allegations.

147. This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations. As to allegations pertaining specifically to Defendants in this Paragraph 147, Defendants deny any such allegations.

///

148.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 148, Defendants deny any such allegations.

149.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 149, Defendants deny any such allegations.

150.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 150, Defendants deny any such allegations.

151.   Ms. Dean denies the allegations in Paragraph 151.   Songs of Universal denies that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape are infringing, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 151, and on that basis denies each and every remaining allegation contained therein.

152.   Ms. Dean denies the allegations in Paragraph 152.   Songs of Universal denies that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape are infringing, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 152, and on that basis denies each and every remaining allegation contained therein.

153.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 153, Defendants deny any such allegations.

154.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 154, Defendants deny any such allegations.

155.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 155, Defendants deny any such allegations.

156.   Songs of Universal denies the allegations in Paragraph 156.  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156, and on that basis denies each and every allegation contained therein.

157.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157, and on that basis deny each and every allegation contained therein.

158.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the

truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 158, Defendants deny any such allegations.

159.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 159, Defendants deny any such allegations.

160.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 160, Defendants deny any such allegations.

161.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 161, Defendants deny any such allegations.

162.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 162, Defendants deny any such allegations.

///

163.   Ms. Dean denies the allegations in Paragraph 163.  Songs of Universal lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 163, and on that basis denies each and every allegation contained therein.

164.   Ms. Dean denies the allegations in Paragraph 164.  Songs of Universal lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 164, and on that basis denies each and every allegation contained therein.

165.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 165, Defendants deny any such allegations.

### "*Johnson's Discovery of the Infringing Work*"

166.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166, and on that basis deny each and every allegation contained therein.

167.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167, and on that basis deny each and every allegation contained therein.

168.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168, and on that basis deny each and every allegation contained therein.

169.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169, and on that basis deny each and every allegation contained therein.

///

170.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 170, and on that basis deny each and every allegation contained therein.

**"*Defendants' Continuing Infringement,***

***Wrongful Acts, and Harm to Johnson*"**

171.   Paragraph 171 contains legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations in Paragraph 171.

172.   Paragraph 172 contains legal conclusions to which no response is required.  To the extent any response is required, this Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants on that basis and denies those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 172, Defendants deny any such allegations.

173.   Paragraph 173 contains legal conclusions to which no response is required.  To the extent any response is required, this Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants on that basis and denies those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 173, Defendants deny any such allegations.

174.   Paragraph 174 contains legal conclusions to which no response is required.  To the extent any response is required, this Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants on

///

that basis and denies those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 174, Defendants deny any such allegations.

175.  Paragraph 175 contains legal conclusions to which no response is required.  To the extent any response is required, this Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants on that basis and denies those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 175, Defendants deny any such allegations.

176.  Paragraph 176 contains legal conclusions to which no response is required.  To the extent any response is required, this Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants on that basis and denies those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 176, Defendants deny any such allegations.

**"<u>Count I</u>**

**"Copyright Infringement (17 U.S.C. §§ 501 et seq.)"**

177.  Defendants re-allege and incorporate herein by reference their responses to Paragraphs 1 through 176 above, inclusive, as though fully set forth herein.

178.  Paragraph 178 contains legal conclusions to which no response is required.  To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph, and on that basis and deny those allegations.

179.  This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and

33

on that basis deny those allegations. As to allegations pertaining specifically to Defendants in this Paragraph 179, Defendants deny any such allegations.

180. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 180, and on that basis deny each and every allegation contained therein.

181. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 181, and on that basis deny each and every allegation contained therein.

182. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182, and on that basis deny each and every allegation contained therein.

183. This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations. As to allegations pertaining specifically to Songs of Universal in this Paragraph 183, Songs of Universal denies the allegations contained therein. Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of any allegations pertaining to her in this Paragraph 183, and on that basis denies each and every allegation contained therein.

184. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184, and on that basis deny each and every allegation contained therein.

185. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185, and on that basis deny each and every allegation contained therein.

///

///

186.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186, and on that basis deny each and every allegation contained therein.

187.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187, and on that basis deny each and every allegation contained therein.

188.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188, and on that basis deny each and every allegation contained therein.

189.    Songs of Universal denies the allegations in Paragraph 189.  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189, and on that basis denies each and every allegation contained therein.

190.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190, and on that basis deny each and every allegation contained therein.

191.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 191, and on that basis deny each and every allegation contained therein.

192.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 192, and on that basis deny each and every allegation contained therein.

193.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 193, and on that basis deny each and every allegation contained therein.

194.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 194, and on that basis deny each and every allegation contained therein.

1   195.   Defendants lack knowledge or information sufficient to form a belief as

2   to the truth of the allegations contained in Paragraph 195, and on that basis deny each

3   and every allegation contained therein.

4   196.   This Paragraph of the Third Amended Complaint sets forth allegations

5   against certain other defendants, as well as all defendants in this action.  Defendants

6   are without knowledge or information sufficient to form a belief as to the truth of the

7   allegations of this Paragraph as to defendants other than Defendants, and on that basis

8   deny those allegations.  As to allegations pertaining specifically to Songs of Universal

9   in this Paragraph 196, Songs of Universal denies the allegations contained therein.

10  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of

11  any allegations pertaining to her in this Paragraph 196, and on that basis denies each

12  and every allegation contained therein.

13  197.   Defendants lack knowledge or information sufficient to form a belief as

14  to the truth of the allegations contained in Paragraph 197, and on that basis deny each

15  and every allegation contained therein.

16  198.   Defendants lack knowledge or information sufficient to form a belief as

17  to the truth of the allegations contained in Paragraph 198, and on that basis deny each

18  and every allegation contained therein.

19  199.   Defendants lack knowledge or information sufficient to form a belief as

20  to the truth of the allegations contained in Paragraph 199, and on that basis deny each

21  and every allegation contained therein.

22  200.   Defendants lack knowledge or information sufficient to form a belief as

23  to the truth of the allegations contained in Paragraph 200, and on that basis deny each

24  and every allegation contained therein.

25  201.   Defendants lack knowledge or information sufficient to form a belief as

26  to the truth of the allegations contained in Paragraph 201, and on that basis deny each

27  and every allegation contained therein.

28  ///

202.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 202, and on that basis deny each and every allegation contained therein.

203.   Defendants deny that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape, and each of them, are infringing, lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 203, and on that basis deny each and every remaining allegation contained therein.

204.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 204, and on that basis deny each and every allegation contained therein.

205.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 205, and on that basis deny each and every allegation contained therein.

206.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 206, and on that basis deny each and every allegation contained therein.

207.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 207, and on that basis deny each and every allegation contained therein.

208.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 208, and on that basis deny each and every allegation contained therein.

209.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 209, and on that basis deny each and every allegation contained therein.

210.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 210, and on that basis deny each and every allegation contained therein.

211. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 211, and on that basis deny each and every allegation contained therein.

212. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 212, and on that basis deny each and every allegation contained therein.

213. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 213, and on that basis deny each and every allegation contained therein.

214. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 214, and on that basis deny each and every allegation contained therein.

215. Defendants deny that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape, and each of them, are infringing, lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 215, and on that basis deny each and every remaining allegation contained therein.

216. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 216, and on that basis deny each and every allegation contained therein.

217. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 217, and on that basis deny each and every allegation contained therein.

218. Defendants deny that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape, and each of them, are infringing, lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 218, and on that basis deny each and every remaining allegation contained therein.

219. Defendants deny that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape, and each of them, are infringing, lack knowledge or information sufficient

1    to form a belief as to the truth of the remaining allegations contained in Paragraph
2    219, and on that basis deny each and every remaining allegation contained therein.

3            220.   Defendants lack knowledge or information sufficient to form a belief as
4    to the truth of the allegations contained in Paragraph 220, and on that basis deny each
5    and every allegation contained therein.

6            221.   Songs of Universal denies the allegations in Paragraph 221.  Ms. Dean
7    denies that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape, and each of
8    them, are infringing, lacks knowledge or information sufficient to form a belief as to
9    the truth of the remaining allegations contained in Paragraph 221, and on that basis
10   denies each and every remaining allegation contained therein.

11           222.   Songs of Universal denies the allegations in Paragraph 222.  Ms. Dean
12   denies that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape, and each of
13   them, are infringing, lacks knowledge or information sufficient to form a belief as to
14   the truth of the remaining allegations contained in Paragraph 222, and on that basis
15   denies each and every remaining allegation contained therein.

16           223.   Songs of Universal denies the allegations in Paragraph 223, including but
17   not limited to because it denies that any permission from Plaintiff was required.  Ms.
18   Dean denies that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape, and
19   each of them, are infringing, lacks knowledge or information sufficient to form a belief
20   as to the truth of the remaining allegations contained in Paragraph 223, and on that
21   basis denies each and every remaining allegation contained therein.

22           224.   Defendants lack knowledge or information sufficient to form a belief as
23   to the truth of the allegations contained in Paragraph 224, and on that basis deny each
24   and every allegation contained therein.

25           225.   Defendants deny that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*"
26   mixtape, and each of them, are infringing, lack knowledge or information sufficient
27   to form a belief as to the truth of the remaining allegations contained in Paragraph
28   225, and on that basis deny each and every remaining allegation contained therein.

226.   Defendants deny that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape, and each of them, are infringing, lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 226, and on that basis deny each and every remaining allegation contained therein.

227.   Defendants deny that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape, and each of them, are infringing, lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 227, and on that basis deny each and every remaining allegation contained therein.

228.   Defendants deny that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape, and each of them, are infringing, lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 228, and on that basis deny each and every remaining allegation contained therein.

229.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 229, and on that basis deny each and every allegation contained therein.

230.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 230, and on that basis deny each and every allegation contained therein.

231.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 231, and on that basis deny each and every allegation contained therein.

232.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 232, and on that basis deny each and every allegation contained therein.

233.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 233, and on that basis deny each and every allegation contained therein.

///

234.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 234, and on that basis deny each and every allegation contained therein.

235.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 235, and on that basis deny each and every allegation contained therein.

236.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 236, and on that basis deny each and every allegation contained therein.

237.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 237, and on that basis deny each and every allegation contained therein.

238.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 238, and on that basis deny each and every allegation contained therein.

239.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 239, and on that basis deny each and every allegation contained therein.

240.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 240, and on that basis deny each and every allegation contained therein.

241.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 241, and on that basis deny each and every allegation contained therein.

242.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 242, and on that basis deny each and every allegation contained therein.

///

243.   Ms. Dean denies the allegations in Paragraph 243.  Songs of Universal denies that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape, and each of them, are infringing, lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 243, and on that basis denies each and every remaining allegation contained therein.

244.   Ms. Dean denies the allegations in Paragraph 244.  Songs of Universal denies that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape, and each of them, are infringing, lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 244, and on that basis denies each and every remaining allegation contained therein.

245.   Ms. Dean denies the allegations in Paragraph 245, including but not limited to because it denies that any permission from Plaintiff was required.  Songs of Universal denies that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape, and each of them, are infringing, lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 245, and on that basis denies each and every remaining allegation contained therein.

246.   Ms. Dean denies the allegations in Paragraph 246, including but not limited to because it denies that any permission from Plaintiff was required.  Songs of Universal denies that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape, and each of them, are infringing, lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 246, and on that basis denies each and every remaining allegation contained therein.

247.   Ms. Dean denies the allegations in Paragraph 247, including but not limited to because it denies that any permission from Plaintiff was required.  Songs of Universal denies that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape, and each of them, are infringing, lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 247, and on that basis denies each and every remaining allegation contained therein.

248.   Ms. Dean denies the allegations in Paragraph 248, including but not limited to because it denies that any permission from Plaintiff was required.  Songs of Universal denies that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape, and each of them, are infringing, lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 248, and on that basis denies each and every remaining allegation contained therein.

249.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 249, and on that basis deny each and every allegation contained therein.

250.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 250, and on that basis deny each and every allegation contained therein.

251.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 251, and on that basis deny each and every allegation contained therein.

252.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 252, and on that basis deny each and every allegation contained therein.

253.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 253, and on that basis deny each and every allegation contained therein.

254.   Songs of Universal denies the allegations in Paragraph 254.  Ms. Dean denies that "*I Lied*" is an "infringing work," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 254, and on that basis denies each and every remaining allegation contained therein.

255.   Defendants deny that "*I Lied*" is an "infringing work," lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations

///

contained in Paragraph 255, and on that basis deny each and every remaining allegation contained therein.

256.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 256, and on that basis deny each and every allegation contained therein.

257.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 257, and on that basis deny each and every allegation contained therein.

258.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 258, and on that basis deny each and every allegation contained therein.

259.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 259, and on that basis deny each and every allegation contained therein.

260.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 260, and on that basis deny each and every allegation contained therein.

261.   Ms. Dean denies the allegations in Paragraph 261.  Songs of Universal denies that "*I Lied*" is an "infringing work," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 261, and on that basis denies each and every remaining allegation contained therein.

262.   Ms. Dean denies the allegations in Paragraph 262.  Songs of Universal denies that "*I Lied*" is an "infringing work," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 262, and on that basis denies each and every remaining allegation contained therein.

263.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 263, and on that basis deny each and every allegation contained therein.

264.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 264, and on that basis deny each and every allegation contained therein.

265.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 265, and on that basis deny each and every allegation contained therein.

266.   Songs of Universal denies the allegations in Paragraph 266.  Ms. Dean denies that "*I Lied*" is an "infringing work," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 266, and on that basis denies each and every remaining allegation contained therein.

267.   Defendants deny that "*I Lied*" is an "infringing work," lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 267, and on that basis deny each and every remaining allegation contained therein.

268.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 268, and on that basis deny each and every allegation contained therein.

269.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 269, and on that basis deny each and every allegation contained therein.

270.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 270, and on that basis deny each and every allegation contained therein.

271.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 271, and on that basis deny each and every allegation contained therein.

///

///

272. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 272, and on that basis denies each and every allegation contained therein.

273. Ms. Dean denies the allegations in Paragraph 273. Songs of Universal denies that "*I Lied*" is an "infringing work," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 273, and on that basis denies each and every remaining allegation contained therein.

274. Ms. Dean denies the allegations in Paragraph 274. Songs of Universal denies that "*I Lied*" is an "infringing work," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 274, and on that basis denies each and every remaining allegation contained therein.

275. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 275, and on that basis deny each and every allegation contained therein.

276. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 276, and on that basis deny each and every allegation contained therein.

277. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 277, and on that basis deny each and every allegation contained therein.

278. Songs of Universal admits that it was involved, directly or indirectly, in licensing a portion of the composition "*I Lied*," and denies the remaining allegations in Paragraph 278. Ms. Dean denies that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape are infringing," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 278, and on that basis denies each and every remaining allegation contained therein.

279. Defendants deny that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape are infringing," lack knowledge or information sufficient to form a belief as

46

to the truth of the remaining allegations contained in Paragraph 279, and on that basis deny each and every remaining allegation contained therein.

280.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 280, and on that basis deny each and every allegation contained therein.

281.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 281, and on that basis deny each and every allegation contained therein.

282.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 282, and on that basis deny each and every allegation contained therein.

283.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 283, and on that basis deny each and every allegation contained therein.

284.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 284, and on that basis deny each and every allegation contained therein.

285.   Ms. Dean admits that she was involved, directly or indirectly, in licensing a portion of the composition "*I Lied*," and denies the remaining allegations in Paragraph 285.  Songs of Universal denies that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape are infringing," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 285, and on that basis denies each and every remaining allegation contained therein.

286.   Ms. Dean admits that she was involved, directly or indirectly, in licensing a portion of the composition "*I Lied*," and denies the remaining allegations in Paragraph 286.  Songs of Universal denies that "*I Lied*," "*The Pinkprint*" album, and the "*Ransom*" mixtape are infringing," lacks knowledge or information sufficient to
///

form a belief as to the truth of the remaining allegations contained in Paragraph 286, and on that basis denies each and every remaining allegation contained therein.

287.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 287, and on that basis deny each and every allegation contained therein.

288.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 288, Defendants deny any such allegations.

289.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 289, and on that basis deny each and every allegation contained therein.

290.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 290, and on that basis deny each and every allegation contained therein.

291.   Songs of Universal denies the allegations contained in Paragraph 291. Ms. Dean denies that "*I Lied*" is an "infringing work," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 291, and on that basis denies each and every remaining allegation contained therein.

292.   Defendants deny that "*I Lied*" is an "infringing work," lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 292, and on that basis deny each and every remaining allegation contained therein.

///

///

293.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 293, and on that basis deny each and every allegation contained therein.

294.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 294, and on that basis deny each and every allegation contained therein.

295.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 295, and on that basis deny each and every allegation contained therein.

296.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 296, and on that basis deny each and every allegation contained therein.

297.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 297, and on that basis deny each and every allegation contained therein.

298.   Ms. Dean denies the allegations contained in Paragraph 298.  Songs of Universal denies that "*I Lied*" is an "infringing work," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 298, and on that basis denies each and every remaining allegation contained therein.

299.   Ms. Dean denies the allegations contained in Paragraph 299.  Songs of Universal denies that "*I Lied*" is an "infringing work," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 299, and on that basis denies each and every remaining allegation contained therein.

300.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 300, and on that basis deny each and every allegation contained therein.

301.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 301, and on that basis deny each and every allegation contained therein.

302.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 302, and on that basis deny each and every allegation contained therein.

303.   Paragraph 303 contains legal conclusions to which no response is required.  To the extent any response is required, Songs of Universal denies the allegations contained in Paragraph 303, including the allegation that "*I Lied*" is an "infringing work."  Ms. Dean denies that "*I Lied*" is an "infringing work," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 303, and on that basis denies each and every remaining allegation contained therein.

304.   Paragraph 304 contains legal conclusions to which no response is required.  To the extent any response is required, Defendants deny that "*I Lied*" is an "infringing work," lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 304, and on that basis deny each and every remaining allegation contained therein.

305.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 305, and on that basis deny each and every allegation contained therein.

306.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 306, and on that basis deny each and every allegation contained therein.

307.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 307, and on that basis deny each and every allegation contained therein.

///

308. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 308, and on that basis deny each and every allegation contained therein.

309. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 309, and on that basis deny each and every allegation contained therein.

310. Paragraph 310 contains legal conclusions to which no response is required. To the extent any response is required, Ms. Dean denies the allegations contained in Paragraph 310, including the allegation that "*I Lied*" is an "infringing work." Songs of Universal denies that "*I Lied*" is an "infringing work," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 310, and on that basis denies each and every remaining allegation contained therein.

311. Paragraph 311 contains legal conclusions to which no response is required. To the extent any response is required, Ms. Dean denies the allegations contained in Paragraph 311, including the allegation that "*I Lied*" is an "infringing work." Songs of Universal denies that "*I Lied*" is an "infringing work," lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 311, and on that basis denies each and every remaining allegation contained therein.

312. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 312, and on that basis deny each and every allegation contained therein.

313. This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and ///

on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 313, Defendants deny such allegations.

314.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 314, Defendants deny each and every allegation contained therein.

315.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 315, Defendants deny each and every allegation contained therein.

316.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 316, Defendants deny each and every allegation contained therein.

317.   Paragraph 317 contains legal conclusions to which no response is required.  To the extent any response is required, this Paragraph of the Third Amended Complaint sets forth allegations against all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and

1 on that basis and denies those allegations.  As to allegations pertaining specifically to

2 Defendants in this Paragraph 317, Defendants deny any such allegations.

3      318.   This Paragraph of the Third Amended Complaint sets forth allegations

4 against certain other defendants, as well as all defendants in this action collectively.

5 Defendants are without knowledge or information sufficient to form a belief as to the

6 truth of the allegations of this Paragraph as to defendants other than Defendants, and

7 on that basis deny those allegations.  As to allegations pertaining specifically to

8 Defendants in this Paragraph 318, Defendants deny each and every allegation

9 contained therein.

10      319.   This Paragraph of the Third Amended Complaint sets forth allegations

11 against certain other defendants, as well as all defendants in this action collectively.

12 Defendants are without knowledge or information sufficient to form a belief as to the

13 truth of the allegations of this Paragraph as to defendants other than Defendants, and

14 on that basis deny those allegations.  As to allegations pertaining specifically to

15 Defendants in this Paragraph 319, Defendants deny each and every allegation

16 contained therein.

17                          **"Count II**

18               **"Vicarious Copyright Infringement"**

19      320.   Defendants re-allege and incorporate herein by reference their responses

20 to Paragraphs 1 through 319 above, inclusive, as though fully set forth herein.

21      321.   Defendants lack knowledge or information sufficient to form a belief as

22 to the truth of the allegations contained in Paragraph 321, and on that basis deny each

23 and every allegation contained therein.

24      322.   Defendants lack knowledge or information sufficient to form a belief as

25 to the truth of the allegations contained in Paragraph 322, and on that basis deny each

26 and every allegation contained therein.

27 ///

28 ///

323.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 323, and on that basis deny each and every allegation contained therein.

324.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 324, and on that basis deny each and every allegation contained therein.

325.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 325, and on that basis deny each and every allegation contained therein.

326.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 326, and on that basis deny each and every allegation contained therein.

327.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 327, and on that basis deny each and every allegation contained therein.

328.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 328, and on that basis deny each and every allegation contained therein.

329.   Paragraph 329 contains legal conclusions to which no response is required.  To the extent any response is required, Songs of Universal denies the allegations in Paragraph 329.  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 329, and on that basis denies each and every allegation contained therein.

330.   Paragraph 330 contains legal conclusions to which no response is required.  To the extent any response is required, Songs of Universal denies the allegations in Paragraph 330.  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 330, and on that basis denies each and every allegation contained therein.

331.   Paragraph 331 contains legal conclusions to which no response is required.  To the extent any response is required, Songs of Universal denies the allegations in Paragraph 331.  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 331, and on that basis denies each and every allegation contained therein.

332.   Paragraph 332 contains legal conclusions to which no response is required.  To the extent any response is required, Songs of Universal denies the allegations in Paragraph 332.  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 332, and on that basis denies each and every allegation contained therein.

333.   Paragraph 333 contains legal conclusions to which no response is required.  To the extent any response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 333, and on that basis deny each and every allegation contained therein.

334.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 334, and on that basis deny each and every allegation contained therein.

335.   Paragraph 335 contains legal conclusions to which no response is required.  To the extent any response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 335, and on that basis deny each and every allegation contained therein.

336.   Paragraph 336 contains legal conclusions to which no response is required.  To the extent any response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 336, and on that basis deny each and every allegation contained therein.

337.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 337, and on that basis deny each and every allegation contained therein.

338.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 338, and on that basis deny each and every allegation contained therein.

339.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 339, and on that basis deny each and every allegation contained therein.

340.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 340, and on that basis deny each and every allegation contained therein.

341.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 341, and on that basis deny each and every allegation contained therein.

342.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 342, and on that basis deny each and every allegation contained therein.

343.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 343, and on that basis deny each and every allegation contained therein.

344.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 344, and on that basis deny each and every allegation contained therein.

345.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 345, and on that basis deny each and every allegation contained therein.

346.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 346, and on that basis deny each and every allegation contained therein.

///

347.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 347, and on that basis deny each and every allegation contained therein.

348.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 348, and on that basis deny each and every allegation contained therein.

349.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 349, and on that basis deny each and every allegation contained therein.

350.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 350, and on that basis deny each and every allegation contained therein.

351.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 351, and on that basis deny each and every allegation contained therein.

352.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 352 and on that basis deny each and every allegation contained therein.

353.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 353, and on that basis deny each and every allegation contained therein.

354.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 354, and on that basis deny each and every allegation contained therein.

355.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 355, and on that basis deny each and every allegation contained therein.

///

356.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 356, and on that basis deny each and every allegation contained therein.

357.   Paragraph 357 contains legal conclusions to which no response is required.  To the extent any response is required, Ms. Dean denies the allegations in Paragraph 357.  Songs of Universal lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 357, and on that basis denies each and every allegation contained therein.

358.   Paragraph 358 contains legal conclusions to which no response is required.  To the extent any response is required, Ms. Dean denies the allegations in Paragraph 358.  Songs of Universal lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 358, and on that basis denies each and every allegation contained therein.

359.   Paragraph 359 contains legal conclusions to which no response is required.  To the extent any response is required, Ms. Dean denies the allegations in Paragraph 359.  Songs of Universal lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 359, and on that basis denies each and every allegation contained therein.

360.   Paragraph 360 contains legal conclusions to which no response is required.  To the extent any response is required, Ms. Dean denies the allegations in Paragraph 360.  Songs of Universal lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 360, and on that basis denies each and every allegation contained therein.

361.   Paragraph 361 contains legal conclusions to which no response is required.  To the extent any response is required, Ms. Dean denies the allegations in Paragraph 361.  Songs of Universal lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 361, and on that basis denies each and every allegation contained therein.

362. Paragraph 362 contains legal conclusions to which no response is required. To the extent any response is required, Ms. Dean denies the allegations in Paragraph 362. Songs of Universal lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 362, and on that basis denies each and every allegation contained therein.

363. Paragraph 363 contains legal conclusions to which no response is required. To the extent any response is required, Ms. Dean denies the allegations in Paragraph 363. Songs of Universal lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 363, and on that basis denies each and every allegation contained therein.

364. Paragraph 364 contains legal conclusions to which no response is required. To the extent any response is required, Ms. Dean denies the allegations in Paragraph 364. Songs of Universal lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 364, and on that basis denies each and every allegation contained therein.

365. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 365, and on that basis deny each and every allegation contained therein.

366. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 366, and on that basis deny each and every allegation contained therein.

367. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 367, and on that basis deny each and every allegation contained therein.

368. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 368, and on that basis deny each and every allegation contained therein.

///

369.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 369, and on that basis deny each and every allegation contained therein.

370.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 370, and on that basis deny each and every allegation contained therein.

371.   This Paragraph of the Third Amended Complaint is vague, ambiguous, and/or indecipherable, such that Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 371 and on that basis deny each and every allegation contained therein.  To the extent Defendants are able to understand this Paragraph, it contains legal conclusions to which no response is required.   To the extent any response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 371, and on that basis deny each and every allegation contained therein.

372.   This Paragraph of the Third Amended Complaint is vague, ambiguous, and/or indecipherable, such that Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 372 and on that basis deny each and every allegation contained therein.  To the extent Defendants are able to understand this Paragraph, it contains legal conclusions to which no response is required.   To the extent any response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 372, and on that basis deny each and every allegation contained therein.

373.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 373, and on that basis deny each and every allegation contained therein.

///

374.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 374, and on that basis deny each and every allegation contained therein.

375.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 375, and on that basis deny each and every allegation contained therein.

376.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 376, and on that basis deny each and every allegation contained therein.

377.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 377, and on that basis deny each and every allegation contained therein.

378.   This Paragraph of the Third Amended Complaint is vague, ambiguous, and/or indecipherable, such that Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 378 and on that basis deny each and every allegation contained therein.  To the extent Defendants are able to understand this Paragraph, it contains legal conclusions to which no response is required.  To the extent any response is required, Ms. Dean denies the allegations in this Paragraph.  Songs of Universal lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 378, and on that basis denies each and every allegation contained therein.

379.   This Paragraph of the Third Amended Complaint is vague, ambiguous, and/or indecipherable, such that Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 379 and on that basis deny each and every allegation contained therein.  To the extent Defendants are able to understand this Paragraph, it contains legal conclusions to which no response is required.  To the extent any response is required, Ms. Dean denies the allegations in this Paragraph.  Songs of Universal lacks knowledge or information

sufficient to form a belief as to the truth of the allegations contained in Paragraph 379, and on that basis denies each and every allegation contained therein.

380.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 380, and on that basis deny each and every allegation contained therein.

381.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 381, Defendants deny any such allegations.

382.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 382, Defendants deny any such allegations.

## "Count III

### "Contributory Copyright Infringement"

383.   Defendants re-allege and incorporate herein by reference their responses to Paragraphs 1 through 382 above, inclusive, as though fully set forth herein.

384.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 384, and on that basis deny each and every allegation contained therein.

385.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 385, and on that basis deny each and every allegation contained therein.

///

386.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 386, and on that basis deny each and every allegation contained therein.

387.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 387, and on that basis deny each and every allegation contained therein.

388.   Paragraph 388 contains legal conclusions to which no response is required.   To the extent any response is required, Songs of Universal denies the allegations in Paragraph 388.  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 388, and on that basis denies each and every allegation contained therein.

389.   Paragraph 389 contains legal conclusions to which no response is required.   To the extent any response is required, Songs of Universal denies the allegations in Paragraph 389.  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 389, and on that basis denies each and every allegation contained therein.

390.   Paragraph 390 contains legal conclusions to which no response is required.   To the extent any response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 390, and on that basis deny each and every allegation contained therein.

391.   Paragraph 391 contains legal conclusions to which no response is required.   To the extent any response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 391, and on that basis deny each and every allegation contained therein.

392.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 392, and on that basis deny each and every allegation contained therein.

///

393.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 393, and on that basis deny each and every allegation contained therein.

394.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 394, and on that basis deny each and every allegation contained therein.

395.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 395, and on that basis deny each and every allegation contained therein.

396.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 396, and on that basis deny each and every allegation contained therein.

397.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 397, and on that basis deny each and every allegation contained therein.

398.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 398, and on that basis deny each and every allegation contained therein.

399.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 399, and on that basis deny each and every allegation contained therein.

400.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 400, and on that basis deny each and every allegation contained therein.

401.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 401, and on that basis deny each and every allegation contained therein.

///

402.   Paragraph 402 contains legal conclusions to which no response is required.  To the extent any response is required, Ms. Dean denies the allegations in Paragraph 402.  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 402, and on that basis denies each and every allegation contained therein.

403.   Paragraph 403 contains legal conclusions to which no response is required.  To the extent any response is required, Ms. Dean denies the allegations in Paragraph 403.  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 403, and on that basis denies each and every allegation contained therein.

404.   Paragraph 404 contains legal conclusions to which no response is required.  To the extent any response is required, Ms. Dean denies the allegations in Paragraph 404.  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 404, and on that basis denies each and every allegation contained therein.

405.   Paragraph 405 contains legal conclusions to which no response is required.  To the extent any response is required, Ms. Dean denies the allegations in Paragraph 405.  Ms. Dean lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 405, and on that basis denies each and every allegation contained therein.

406.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 406, and on that basis deny each and every allegation contained therein.

407.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 407, and on that basis deny each and every allegation contained therein.

408.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively.

65

Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 408, Defendants deny any such allegations.

409.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 409, Defendants deny any such allegations.

410.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 410, Defendants deny any such allegations.

411.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 411, Defendants deny any such allegations.

412.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 412, Defendants deny any such allegations.

413.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants, as well as all defendants in this action collectively. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.   As to allegations pertaining specifically to Defendants in this Paragraph 413, Defendants deny any such allegations.

## "Count IV

## "Digital Millennium Copyright Act ("DMCA")

## "Falsification and Removal of CMI (17 U.S.C. § 1202 et seq.)"

414.   Defendants re-allege and incorporate herein by reference their responses to Paragraphs 1 through 413 above, inclusive, as though fully set forth herein.

415.   Paragraph 415 contains legal conclusions to which no response is required.  To the extent any response is required, this Paragraph of the Third Amended Complaint sets forth allegations against all defendants and is vague, ambiguous, subject to more than one interpretation, incomprehensible, and/or indecipherable, including without limitation in its use of the phrase "digital music contains CMI," such that Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 415 and on that basis deny each and every allegation contained therein.

416.   Paragraph 416 contains legal conclusions to which no response is required.  To the extent any response is required, this Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 416, Defendants admit that CMI is sometimes used to identify the owners of and to protect digital music works, and deny the remaining allegations.

///

417.   Paragraph 417 contains legal conclusions to which no response is required.  To the extent any response is required, this Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 417, Defendants admit that CMI is sometimes used by them, or by others with respect to their works, to identify and protect their works, and deny the remaining allegations.

418.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 418, and on that basis deny each and every allegation contained therein.

419.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 419, and on that basis deny each and every allegation contained therein.

420.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 420, and on that basis deny each and every allegation contained therein.

421.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 421, Defendants deny any such allegations.

422.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to

allegations pertaining specifically to Defendants in this Paragraph 422, Defendants deny any such allegations.

423. This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations. As to allegations pertaining specifically to Defendants in this Paragraph 423, Defendants deny any such allegations.

424. This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations. As to allegations pertaining specifically to Defendants in this Paragraph 424, Defendants deny any such allegations.

425. This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations. As to allegations pertaining specifically to Defendants in this Paragraph 425, Defendants deny any such allegations.

426. This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations. As to allegations pertaining specifically to Defendants in this Paragraph 426, Defendants deny any such allegations.

427. This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants. Defendants are without knowledge or information

1   sufficient to form a belief as to the truth of the allegations of this Paragraph as to
2   defendants other than Defendants, and on that basis deny those allegations.  As to
3   allegations pertaining specifically to Defendants in this Paragraph 427, Defendants
4   deny any such allegations.

5        428.   This Paragraph of the Third Amended Complaint sets forth allegations
6   against certain other defendants.  Defendants are without knowledge or information
7   sufficient to form a belief as to the truth of the allegations of this Paragraph as to
8   defendants other than Defendants, and on that basis deny those allegations.  As to
9   allegations pertaining specifically to Defendants in this Paragraph 428, Defendants
10  deny any such allegations.

11       429.   This Paragraph of the Third Amended Complaint sets forth allegations
12  against certain other defendants.  Defendants are without knowledge or information
13  sufficient to form a belief as to the truth of the allegations of this Paragraph as to
14  defendants other than Defendants, and on that basis deny those allegations.  As to
15  allegations pertaining specifically to Defendants in this Paragraph 429, Defendants
16  deny any such allegations.

17       430.   This Paragraph of the Third Amended Complaint sets forth allegations
18  against certain other defendants.  Defendants are without knowledge or information
19  sufficient to form a belief as to the truth of the allegations of this Paragraph as to
20  defendants other than Defendants, and on that basis deny those allegations.  As to
21  allegations pertaining specifically to Defendants in this Paragraph 430, Defendants
22  deny any such allegations.

23       431.   This Paragraph of the Third Amended Complaint sets forth allegations
24  against certain other defendants.  Defendants are without knowledge or information
25  sufficient to form a belief as to the truth of the allegations of this Paragraph as to
26  defendants other than Defendants, and on that basis deny those allegations.  As to
27  allegations pertaining specifically to Defendants in this Paragraph 431, Defendants
28  deny any such allegations.

**"<u>Count V</u>**

**"Contributory Liability Under 17 U.S.C. § 1202 et seq."**

432.   Defendants re-allege and incorporate herein by reference their responses to Paragraphs 1 through 431 above, inclusive, as though fully set forth herein.

433.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 433, Defendants deny any such allegations.

434.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 434, Defendants deny any such allegations.

435.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 435, Defendants deny any such allegations.

436.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants and defendants collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 436, Defendants deny any such allegations.

437.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants and defendants collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 437, Defendants deny any such allegations.

438.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants and defendants collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 438, Defendants deny any such allegations.

439.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants and defendants collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 439, Defendants deny any such allegations.

440.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants and defendants collectively.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 440, Defendants deny any such allegations.

**"<u>Count VI</u>**

**"Vicarious Liability Under 17 U.S.C. § 1202 et seq."**

441.   Defendants re-allege and incorporate herein by reference their responses to Paragraphs 1 through 440 above, inclusive, as though fully set forth herein.

442.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 442, Defendants deny any such allegations.

443.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 443, Defendants deny any such allegations.

444.   This Paragraph of the Third Amended Complaint sets forth allegations against certain other defendants.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph as to defendants other than Defendants, and on that basis deny those allegations.  As to allegations pertaining specifically to Defendants in this Paragraph 444, Defendants deny any such allegations.

**"<u>DEMAND FOR JURY TRIAL</u>"**

445.   Defendants admit that Plaintiff has demanded a trial by jury on all issues triable.  Defendants further deny that Plaintiff is entitled to the relief requested by the Third Amended Complaint, or any other relief whatsoever.

**<u>AFFIRMATIVE DEFENSES</u>**

Defendants do not presently know all of the facts and circumstances relating to Plaintiff's claims, and reserve the right to amend this Answer, including but not limited to amending to add different or additional affirmative defenses.  Subject to the foregoing, and without waiving or excusing Plaintiff's burden of proof, or admitting that any of the following are in fact affirmative defenses upon which Defendants have

any burden of proof, as opposed to denials of matters as to which Plaintiff has the burden of proof, or that Defendants have any burden of proof at all, Defendants hereby assert the following affirmative defenses.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

446.   Plaintiff's Third Amended Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Independent Creation)

447.   The allegedly infringing works were created independently of the allegedly infringed works.

## THIRD AFFIRMATIVE DEFENSE

### (Lack of Originality or Protectability)

448.   The allegedly copied elements or materials lack originality or otherwise are not protected by copyright.

## FOURTH AFFIRMATIVE DEFENSE

### (Plaintiff's Lack of Ownership of the Allegedly Copied Material)

449.   Plaintiff does not own the allegedly infringed copyrights, or either of them, or any other rights in or to the portions of the claimed works that are allegedly copied.

## FIFTH AFFIRMATIVE DEFENSE

### (Alleged Infringement De Minimis)

450.   Without admitting the use of any copyrighted material allegedly owned by Plaintiff, which is denied, the alleged use is de minimis.

///
///
///
///

74

1

**SIXTH AFFIRMATIVE DEFENSE**

2

**(Failure to Comply with Copyright Act Formalities)**

3

451.   Plaintiff's claims and/or the remedies Plaintiff seeks are barred by the

4

failure to comply with the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.*, including

5

but not limited to 17 U.S.C. §§ 401 and 408, and each of them.

6

**SEVENTH AFFIRMATIVE DEFENSE**

7

**(Fair Use)**

8

452.   Without admitting the alleged use of any copyrighted material allegedly

9

owned by Plaintiff, which is denied, the conduct of which Plaintiff complains

10

constitutes fair use.

11

**EIGHTH AFFIRMATIVE DEFENSE**

12

**(Plaintiff's Lack of Standing)**

13

453.   Plaintiff lacks standing to assert the claims that Plaintiff alleges in this

14

action.

15

**NINTH AFFIRMATIVE DEFENSE**

16

**(Abandonment)**

17

454.   Plaintiff abandoned the copyrights, or the allegedly infringed copyright

18

rights, in the allegedly infringed works.

19

**TENTH AFFIRMATIVE DEFENSE**

20

**(Waiver)**

21

455.   Plaintiff's claims and/or the remedies Plaintiff seeks are barred by the

22

doctrine of waiver.

23

**ELEVENTH AFFIRMATIVE DEFENSE**

24

**(License)**

25

456.   Without admitting the use of any copyrighted material allegedly owned

26

by Plaintiff, which is denied, the conduct of which Plaintiff complains was impliedly

27

and/or expressly licensed.

28

///

**TWELFTH AFFIRMATIVE DEFENSE**

**(Innocent Infringement)**

457. Without admitting any infringement, which is denied, the alleged infringements were innocent.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Statutes of Limitation)**

458. The alleged infringements, or the remedies Plaintiff seeks, or Plaintiff's claim of authorship or ownership of the allegedly infringed copyrights, and each of them, are barred in whole or part by statutes of limitation, including, *inter alia*, 17 U.S.C. § 507(b).

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Estoppel, Laches, and/or Acquiescence)**

459. Plaintiff's claims and/or the remedies Plaintiff seeks are barred, in whole or part, by the equitable doctrines of estoppel, laches, and/or acquiescence.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Failure to Allege Required Elements of Section 1202 Claim)**

460. Plaintiff fails to state a claim under Section 1202 of the Copyright Act upon which relief can be granted, including, but not limited to, (a) because he has failed to plead any facts supporting his allegation that Defendants used the works at issue with the intent to induce, enable, facilitate, or conceal infringement; (b) because he has failed to identify or establish that copyright management information was included in the works at issue and/or when they were allegedly copied; and/or (c) because he has failed to sufficiently allege that anything allegedly added to the works at issue constitutes copyright management information.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Lack of Access)**

461. Plaintiff's claims are barred because the creators of the allegedly infringing works did not have access to and did not copy Plaintiff's works.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Lack of Irreparable Harm/Adequate Remedy at Law)

462.  Without admitting any infringement, which is disputed, Plaintiff's claims for injunctive or other non-monetary relief is barred by his failure to establish irreparable harm and by his adequate remedy at law for the alleged infringements.

## RESERVATION OF RIGHTS

463.  Defendants reserve the right to assert additional affirmative defenses if discovery or Defendants' investigation reveals grounds for the assertion of the additional defenses, including without limitation affirmative defenses that are referenced in Rule 8(c) of the Federal Rules of Civil Procedure or are otherwise available under applicable law.

## PRAYER FOR RELIEF

**WHEREFORE**, defendants Esther Renay Dean, also sued as Dat Damn Dean, and Songs of Universal, Inc., pray for judgment as follows:

1.      That Plaintiff take nothing by way of his Third Amended Complaint and that the Third Amended Complaint be dismissed, with prejudice;

1.      That Defendants be awarded their costs and attorneys' fees; and

2.      For such other and further relief as the Court deems just and proper.


Dated: May 3, 2024

                    /s/ Peter Anderson
Peter Anderson, Esq.
Joseph Elie-Meyers, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
ESTHER RENAY DEAN,
also sued as Dat Damn Dean, and
SONGS OF UNIVERSAL, INC.

1

## **DEMAND FOR JURY TRIAL**

2

   Defendants Esther Renay Dean, also sued as Dat Damn Dean, and Songs of

3

Universal, Inc., respectfully demand trial by jury.

4

5

Dated: May 3, 2024

          <u>/s/ Peter Anderson</u>

6

          Peter Anderson, Esq.
          Joseph Elie-Meyers, Esq.

7

        DAVIS WRIGHT TREMAINE LLP
         Attorneys for Defendants

8

          ESTHER RENAY DEAN,
        also sued as Dat Damn Dean, and

9

        SONGS OF UNIVERSAL, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28