Dayna C. Cooper (pro hac vice)
Dayna@CooperLegalSolutions.com
COOPER LEGAL, LLC
1 Olympic Pl., Suite 900
Towson, MD 21204
Telephone: (202) 642 5470
Facsimile: (757) 257 9878

Laurence M. Sandell (SBN 262186)
lsandell@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone: 888-860-5678
Facsimile: 888-706-1173

*Attorneys for Plaintiff Julius Johnson*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>ONIKA TANYA MARAJ P/K/A NICKI MINAJ, et al.<br><br>Defendants. | Case No. 2:23-cv-05061-PA (SSCx)<br><br>**STIPULATION FOR DISMISSAL OF ACTION IN ITS ENTIRETY, WITHOUT PREJUDICE**<br><br>**[Proposed] Order Submitted Herewith** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Julius Johnson ("Plaintiff") and defendants Onika Tanya Maraj p/k/a Nicki Minaj, Harajuku Barbie Music, LLC, Universal Music Group, Inc., Songs of Universal, Inc., Money Mack Music, Inc., W Chappell Music Corp d/b/a WC Music Corp. f/k/a WB Music Corp., Michael Len Williams, II p/k/a Mike WiLL Made-It, Sounds from Eardrummers, LLC, and Esther Renay Dean p/k/a Ester Dean, also sued as Dat Damn Dean (collectively, "Defendants"), through their respective attorneys of record, stipulate to the entry of the accompanying Order dismissing this action, in its entirety, without prejudice and with

1  Plaintiff, on the one hand, and Defendants, on the other hand, to bear their respective

2  attorneys' fees and costs.

3

4  Respectfully submitted, December 5, 2024

5

6  　　　　　　　　　　　　　　　　　　　　*/s/Dayna C. Cooper*
　　　　　　　　　　　　　　　　　　　　Dayna C. Cooper (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Dayna@CooperLegalSolutions.com
7  　　　　　　　　　　　　　　　　　　　　COOPER LEGAL, LLC

8  　　　　　　　　　　　　　　　　　　　　1 Olympic Pl., Suite 900
　　　　　　　　　　　　　　　　　　　　Towson, MD 21204
9  　　　　　　　　　　　　　　　　　　　　Telephone: (202) 642 5470

10 　　　　　　　　　　　　　　　　　　　　Facsimile: (757) 257 9878

11 　　　　　　　　　　　　　　　　　　　　Laurence M. Sandell (SBN 262186)
　　　　　　　　　　　　　　　　　　　　lsandell@meimark.com
12 　　　　　　　　　　　　　　　　　　　　MEI & MARK LLP
　　　　　　　　　　　　　　　　　　　　P.O. Box 65981
13 　　　　　　　　　　　　　　　　　　　　Washington, DC 20035-5981
　　　　　　　　　　　　　　　　　　　　Telephone: 888-860-5678
14 　　　　　　　　　　　　　　　　　　　　Facsimile: 888-706-1173

15 　　　　　　　　　　　　　　　　　　　　Manni Li (SBN 273984)
　　　　　　　　　　　　　　　　　　　　mli@meimark.com
16 　　　　　　　　　　　　　　　　　　　　Mei & Mark LLP
　　　　　　　　　　　　　　　　　　　　9440 Santa Monica Blvd. Suite 301
17 　　　　　　　　　　　　　　　　　　　　Beverly Hills, CA 90210
　　　　　　　　　　　　　　　　　　　　Telephone: 888-860-5678 ext. 713
18 　　　　　　　　　　　　　　　　　　　　Facsimile: 310-564-2769

19 　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Julius Johnson*

20

21 　　　　　　　　　　　　　　　　　　　　*/s/Thomas C. Lundin Jr.*

22 　　　　　　　　　　　　　　　　　　　　Thomas C. Lundin Jr. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　tom.lundin@fisherbroyles.com
23 　　　　　　　　　　　　　　　　　　　　FISHERBROYLES LLP
　　　　　　　　　　　　　　　　　　　　111 Favre Street
24 　　　　　　　　　　　　　　　　　　　　Waveland, MS 39576
　　　　　　　　　　　　　　　　　　　　Tel. (678) 778-8857
25
　　　　　　　　　　　　　　　　　　　　Rob L. Phillips (SBN 175354)
26 　　　　　　　　　　　　　　　　　　　　rob.phillips@fisherbroyles.com
　　　　　　　　　　　　　　　　　　　　145 S. Fairfax, 2nd Floor
27 　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90036
　　　　　　　　　　　　　　　　　　　　Tel. (949) 290-9631
28

2

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

*Attorneys for Defendants Michael Len Williams, II; Sounds From Eardrummers, LLC; W Chappell Music Corp. d/b/a WC Music Corp. f/k/a WB Music Corp.*

*/s/ Susan B. Meyer*

Susan B. Meyer (SBN 204931)
Mark S. Posard (SBN 208790)
Lara S. Garner (SBN 234701)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000,
San Francisco, CA 94111
Tel. (415) 986-5900
mposard@grsm.com
smeyer@grsm.com
lsgarner@grsm.com
*Attorneys For Defendants Onika Tanya Miraj and Harajuku Barbie Music, LLC*

*/s/David A. Steinberg*

David A. Steinberg (SBN 130593)
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Tel. (310) 312-3204
das@msk.com
*Attorneys for Defendants Universal Music Group, Inc. and Money Mack Music, Inc.*

*/s/Peter Anderson*

Peter Anderson (SBN 88891)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017
Tel. (213) 633-6800
PeterAnderson@dwt.com
*Attorneys for Esther Renay Dean, also sued as Dat Damn Dean, and Songs of Universal, Inc.*

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE