JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JULIUS JOHNSON,

      Plaintiff,

      v.

ONIKA TANYA MARAJ P/K/A NICKI MINAJ, et al.

      Defendants.

Case No. 2:23-cv-05061-PA (SSCx)

**ORDER DISMISSING ACTION IN ITS ENTIRETY, WITHOUT PREJUDICE**

      The Court having received the Stipulation of plaintiff Julius Johnson ("Plaintiff") and defendants Onika Tanya Maraj p/k/a Nicki Minaj, Harajuku Barbie Music, LLC, Universal Music Group, Inc., Songs of Universal, Inc., Money Mack Music, Inc., W Chappell Music Corp d/b/a WC Music Corp. f/k/a WB Music Corp., Michael Len Williams, II p/k/a Mike WiLL Made-It, Sounds from Eardrummers, LLC, and Esther Renay Dean p/k/a Ester Dean, also sued as Dat Damn Dean (collectively, "Defendants"), this action is hereby dismissed, in its entirety, without prejudice, and with Plaintiff, on the one hand, and Defendants, on the other hand, to bear their respective attorneys' fees and costs.

Dated:  December 5, 2024

_____
Percy Anderson
United States District Judge